IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| Esoterix Genetic Laboratories, LLC and The Johns Hopkins University, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Case No. 1:16-cv-1111-WO-JEP |
| vs. | ) ) | **JURY TRIAL DEMANDED** |
| Ambry Genetics Corporation, | ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF ROBIN A. ADKINS IN SUPPORT OF
<u>ESOTERIX GENETIC LABORATORIES, LLC'S AND THE JOHNS HOPKINS
UNIVERSITY'S OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, Robin A. Adkins, declare and state as follows:

1.    I am over eighteen years old and am competent to provide this Declaration.  Unless otherwise stated, I have personal knowledge of the facts sworn in this Declaration.  Each of facts and statements set forth in this Declaration is true and correct.

2.    I am a paralegal at the law firm of Kilpatrick Townsend & Stockton.  I submit this Declaration in support of Esoterix Genetic Laboratories, LLC's and The Johns Hopkins University's Opening Claim Construction Brief.

3.    Attached hereto as Exhibit 1 is a true and accurate copy of selected pages from Benjamin Lewin, <u>Genes VI</u> (1997).

4.    Attached hereto as Exhibit 2 is a true and accurate copy of Whitcombe, et al., Advances in Approaches to DNA-Based Diagnostics, Current Opinion in Biotechnology, Vol. 9 (1998), pp. 602-608.

5.    Attached hereto as Exhibit 3 is a true and accurate copy of selected pages from The Chambers Dictionary (1998).

6.    Attached hereto as Exhibit 4 is a true and accurate copy of selected pages from Webster's II New College Dictionary (1999).

7.    Attached hereto as Exhibit 5 is a true and accurate copy of U.S. Patent No. 4,267,055.

8.    Attached hereto as Exhibit 6 is a true and accurate copy of PCT Patent Application No. WO 00/67037.

9.    Attached hereto as Exhibit 7 is a true and accurate copy of GB Patent No. 1,164,949.

10.  Attached hereto as Exhibit 8 is a true and accurate copy of selected pages from The American Heritage Dictionary (2d College Ed.) (1985).

11.  Attached hereto as Exhibit 9 is a true and accurate copy of selected pages from Taber's Cyclopedic Medical Dictionary (1997).

12.  Attached hereto as Exhibit 10 is a true and accurate copy of selected pages from The World Book Dictionary (A-K) (1994).

13.  Attached hereto as Exhibit 11 is a true and accurate copy of selected pages from Benjamin Lewin, Genes V (1994).

14.  Attached hereto as Exhibit 12 is a true and accurate copy of selected pages from Norah Rudin, Dictionary of Modern Biology (1997).

15.  Attached hereto as Exhibit 13 is a true and accurate copy of selected pages from Random House Compact Unabridged Dictionary (Special 2d Ed.) (1996).

16.  Attached hereto as Exhibit 14 is a true and accurate copy of selected pages from The Random House Dictionary of the English Language (2d. Ed.) (1987).

17.  Attached hereto as Exhibit 15 is a true and accurate copy of selected pages from Webster's Ninth New Collegiate Dictionary (1988).

18.  Attached hereto as Exhibit 16 is a true and accurate copy of selected pages from Webster's II New College Dictionary (3d Ed.) (2005).

19.  Attached hereto as Exhibit 17 is a true and accurate copy of selected pages from The World Book Dictionary (L-Z) (1994).

20.  Attached hereto as Exhibit 18 is a true and accurate copy of selected pages from A Dictionary of Genetics (5th Ed.) (1997).

21.  Attached hereto as Exhibit 19 is a true and accurate copy of selected pages from M. Thain & M. Hickman, <u>Penguin Dictionary of Biology</u> (10th Ed.) (2000).

22.  Attached hereto as Exhibit 20 is a true and accurate copy of selected pages from Kenneth S. Saladin, <u>Anatomy & Physiology</u> (2004).

23.  Attached hereto as Exhibit 21 is a true and accurate copy of selected pages from Drazen, et al., <u>Cecil Textbook of Medicine</u> (2000).

24.  Attached hereto as Exhibit 22 is a true and accurate copy of PCT Patent Application No. WO 99/36576.

25.  Attached hereto as Exhibit 23 is a true and accurate copy of U.S. Patent No. 5,639,609.

Respectfully submitted on this the 7th day of September 2017.

_____
Robin A. Adkins