# Exhibit 15



EGL0032964



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc.

Philippines Copyright 1988 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Includes index.
   1. English language—Dictionaries.  I. Merriam-
Webster Inc.
PE1628.W5638    1988    423    87-24041
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

30RMcN88

EGL0032965

e spiritual or mystical sense —
:al \-i-kəl\ adj — an·a·gog·i·cal-

ᵊ anagramme, fr. NL anagram-
ᵃagrammatismos, fr. anagram-
+ grammat-, gramma letter —
ᵓhrase made by transposing the
ᵊl but sing in constr : a game in
; the letters of other words or by
₵ of cards or blocks) at random
also **ana·gram·mat·i·cal** \-i-kəl\
adv
0) 1 : ANAGRAMMATIZE 2 : to
to discover a hidden message
-tized; -tiz·ing (1588) : to trans-
an anagram — **ana·gram·ma·ti·**

to, or situated near the anus 2
being the stage of psychosexual
during which the child is con-
ᵃg to, characterized by, or being
:ulousness, and ill humor) con-
stage of development — **anal·ly**

ᵘlkimos weak, fr. an- + alkimos
hite or slightly colored mineral
ᵌneous rocks in massive form or
-'sim-ik\ adj
ᴵᴱ
\,an-ᵊl-'ek-tə\ n pl [NL analecta,
verbal of analegein to collect, fr.
ᵌEND] (1652) : selected miscella-

on a pedestal, fr. Gk analēmma,
in to take up, restore, fr. ana- +
ᴵ832) : a graduated scale having
: sun's declination and the equa-
— **an·a·lem·mat·ic** \-le-'mat-ik,

ᵓtikos, fr. analambanein] (1671)
ᵛous system — **analeptic** adj
NL, fr. Gk analgēsia, fr. an- +
r pain, fr. algos pain] (ca. 1706)
ᵓf consciousness — **an·al·ge·sic**
ᵓjet-ik\ adj or n
the psychological state or qual-

1 : of, relating to, or being an
· a mechanism in which data is
physical quantities   b : of or
being a watch having hour and

ᵊr that operates with numbers
ᵃntities (as voltages or rotations)
COMPUTER
**log·ic** \-ik\ adj (1609)  1 : of,
expressing or implying analogy

one who searches for or reasons

ᴵ655) : to use or exhibit analogy

us, fr. Gk analogos, lit., propor-
ᵓ, fr. legein to gather, speak —
g an analogy or a likeness that
eing or related to as an analogue
- **anal·o·gous·ness** n
ᵗe, fr. analogue analogous, fr. Gk
ᵢs analogous or similar to some-
ᵘnction to an organ of another
ture and origin   3 : a chemical
ᵊer but differing often by a single
ᵓ of the periodic table as the ele-
product made of vegetable mat-
ᵬstitute
1 : inference that if two or more
respects they will prob. agree in
articulars between things other-
son based on such resemblance
ᵬers of pairs or sets of linguistic
ᵃtion of another form   4 : corre-
nical parts of different structure
ᵗ see LIKENESS
ᴵk analphabētos not knowing the
ᵗ] (1881) : one who cannot read
ᵢ-fə-'bet-ik\ adj or n — **an·al·pha-**

ᵗ + -and (as in multiplicand)]
ᵓanalysis

ēz\ [NL, fr. Gk, fr. analyein to
· more at LOSE] (1581)  1 : sepa-
ᵃarts   2   a : an examination of a
ons   b : a statement of such an
s instead of inflectional forms as
4 : the identification or sepa-
: a statement of the constituents
matical proposition by assuming
ent by a series of reversible steps
erned mainly with functions and
ethod in philosophy of resolving
ᵊore basic ones   b : clarification

of an expression by an elucidation of its use in discourse   7 : PSYCHO-
ANALYSIS
**analysis of variance** (ca. 1939) : analysis of variation in an experimental
outcome and esp. of a statistical variance in order to determine the
contributions of given factors or variables to the variance
**analysis si·tus** \-'sit-əs, -'sēt-; -'sī-,tüs, -'sē-\ n [NL, lit., analysis of situa-
tion] (ca. 1909) : TOPOLOGY 2a(1)
**an·a·lyst** \'an-ᵊl-əst\ n [prob. fr. analyze] (1656)  1 : a person who ana-
lyzes or who is skilled in analysis   2 : PSYCHOANALYST
**an·a·lyt·ic** \,an-ᵊl-'it-ik\ adj [LL analyticus, fr. Gk analytikos, fr. ana-
lyein] (1601)  1 : of or relating to analysis or analytics; esp : separat-
ing something into component parts or constituent elements   2
: skilled in or using analysis esp. in thinking or reasoning ⟨a keenly ~
man⟩   3 : being a proposition (as "no bachelor is married") whose
truth is evident from the meaning of the words it contains — compare
SYNTHETIC   4 : characterized by analysis rather than inflection ⟨~
languages⟩   5 : PSYCHOANALYTIC   6 : treated or treatable by or using
the methods of algebra and calculus   7   a of a function of a real vari-
able : capable of being expanded in a Taylor's series in powers of $x - h$
in some neighborhood of the point h   b of a function of a complex vari-
able : differentiable at every point in some neighborhood of a given
point or points — **an·a·lyt·ic·i·ty** \,an-ᵊl-ə-'tis-ət-ē\ n
**an·a·lyt·i·cal** \,an-ᵊl-'it-i-kəl\ adj (1525) : ANALYTIC — **an·a·lyt·i·cal·ly**
\-i-k(ə-)lē\ adv
**analytic geometry** n (ca. 1886) : the study of geometric properties by
means of algebraic operations upon symbols defined in terms of a coor-
dinate system — called also coordinate geometry
**analytic philosophy** n (1936) : PHILOSOPHICAL ANALYSIS
**an·a·lyt·ics** \,an-ᵊl-'it-iks\ n pl but sing or pl in constr (1590) : the method
of logical analysis
**an·a·ly·za·tion** \,an-ə-lə-'zā-shən\ n (1742) : ANALYSIS
**an·a·lyze** \'an-ᵊl-,īz\ vt -lyzed; -lyz·ing [prob. irreg. fr. analysis] (1587)  1
: to study or determine the nature and relationship of the parts of by
analysis ⟨~ a traffic pattern⟩   2 : to subject to scientific or grammati-
cal analysis   3 : PSYCHOANALYZE — **an·a·lyz·abil·i·ty** \,an-ᵊl-,ī-zə-'bil-ət-
ē\ n — **an·a·lyz·able** \'an-ᵊl-,ī-zə-bəl\ adj — **an·a·lyz·er** \-,ī-zər\n
syn ANALYZE, DISSECT, BREAK DOWN mean to divide a complex whole
into its parts or elements. ANALYZE suggests separating or distinguish-
ing the component parts of something (as a substance, a process, a
situation) so as to discover its true nature or inner relationships; DIS-
SECT suggests a searching analysis by laying bare parts or pieces for
individual scrutiny; BREAK DOWN implies a reducing to simpler parts or
divisions.
**an·am·ne·sis** \,an-,am-'nē-səs\ n, pl -ne·ses \-,sēz\ [NL, fr. Gk anamnē-
sis, fr. anamimnēskesthai to remember, fr. ana- + mimnēskesthai to
remember — more at MIND] (ca. 1593)  1 : a recalling to mind : REMI-
NISCENCE   2 : a preliminary case history of a medical or psychiatric
patient
**an·am·nes·tic** \-'nes-tik\ adj [Gk anamnēstikos easily recalled, fr. ana-
mimnēskesthai] (ca. 1753)  1 : of or relating to an anamnesis   2 : of or
relating to a secondary response to an immunogenic substance after
serum antibodies can no longer be detected in the blood
**ana·mor·phic** \,an-ə-'mòr-fik\ adj [NL anamorphosis distorted optical
image] (ca. 1925) : producing or having different magnification of the
image in each of two perpendicular directions — used of an optical
device or its image
**An·a·ni·as** \,an-ə-'nī-əs\ n [Gk, prob. fr. Heb Hānanyāh]  1 : an early
Christian struck dead for lying   2 : LIAR
**an·a·pest** \'an-ə-,pest\ n [L anapaestus, fr. Gk anapaistos, lit., struck
back (a dactyl reversed), fr. (assumed) Gk anapaiein to strike back, fr.
Gk ana- + paiein to strike — more at PAVE ] (ca. 1678) : a metrical
foot consisting of two short syllables followed by one long syllable or
of two unstressed syllables followed by one stressed syllable (as un-
abridged) — **an·a·pes·tic** \,an-ə-'pes-tik\ adj or n
**ana·phase** \'an-ə-,fāz\ n [ISV] (1887) : the stage of mitosis and meiosis
in which the chromosomes move toward the poles of the spindle —
**anaphase** or **ana·pha·sic** \,an-ə-'fā-zik\ adj
**anaph·o·ra** \ə-'naf-ə-rə\ n [LL, fr. LGk, fr. Gk, act of carrying back,
reference, fr. anapherein to carry back, refer, fr. ana- + pherein to carry
— more at BEAR] (ca. 1589)  1 : repetition of a word or expression at
the beginning of successive phrases, clauses, sentences, or verses esp.
for rhetorical or poetic effect ⟨Lincoln's "we cannot dedicate — we
cannot consecrate — we cannot hallow — this ground" is an example
of ~ ⟩ — compare EPISTROPHE   2 : use of a grammatical substitute (as
a pronoun or a pro-verb) to refer to a preceding word or group of
words
**an·a·phor·ic** \,an-ə-'fòr-ik, -'fär-\ adj (1904) : referring to a preceding
word or group of words ⟨the ~ do in "you run faster than I do"⟩
**ana·phy·lac·tic** \,an-ə-fə-'lak-tik\ adj (1907) : of, relating to, affected by,
or causing anaphylaxis or anaphylactic shock — **ana·phy·lac·ti·cal·ly**
\-ti-k(ə-)lē\ adv — **ana·phy·lac·toid** \-'lak-,tòid\ adj
**anaphylactic shock** n (1910) : an often severe and sometimes fatal sys-
temic reaction in a susceptible individual upon exposure to a specific
antigen (as wasp venom or penicillin) after previous sensitization that is
characterized esp. by respiratory symptoms, fainting, itching, and urti-
caria
**ana·phy·lax·is** \-'lak-səs\ n, pl -lax·es \-,sēz\ [NL, fr. ana- +
-phylaxis (as in prophylaxis)] (1907)  1 : hypersensitivity (as to foreign
proteins or drugs) resulting from sensitization following prior contact
with the causative agent   2 : ANAPHYLACTIC SHOCK
**an·a·pla·sia** \,an-ə-'plā-zh(ē-)ə\ n [NL] (ca. 1909) : reversion of cells to a
more primitive or undifferentiated form — **an·a·plas·tic** \-'plas-tik\ adj
**an·arch** \'an-,ärk\ n [back-formation fr. anarchy] (1667) : a leader or
advocate of revolt or anarchy
**an·ar·chic** \a-'när-kik, ə-\ adj (1790)  1   a : of, relating to, or advocat-
ing anarchy   b : likely to bring about anarchy ⟨~ violence⟩   2 : lack-
ing order, regularity, or definiteness ⟨~ art forms⟩
**an·ar·chism** \'an-ər-,kiz-əm, -,är-\ n (1642)  1 : a political theory hold-
ing all forms of governmental authority to be unnecessary and undesir-
able and advocating a society based on voluntary cooperation and free
association of individuals and groups   2 : the advocacy or practice of
anarchistic principles
**an·ar·chist** \'an-ər-kəst, -,är-\ n (1678)  1 : one who rebels against any
authority, established order, or ruling power   2 : one who believes in,

advocates, or promotes anarchism or anarchy; esp : one who uses vio-
lent means to overthrow the established order — **anarchist** or **an·ar-
chis·tic** \,an-ər-'kis-tik, -,)är-\ adj
**anarcho-** comb form [ML anarch-, fr. Gk, fr. anarchos]  1 : anarchism
and ⟨anarcho-pragmatism⟩   2 : anarchist and ⟨anarcho-individualist⟩
**an·ar·cho-syn·di·cal·ism** \a-,när-kō-'sin-di-kə-,liz-əm, ,an-ər-kō-\ n (ca.
1928) : SYNDICALISM — **an·ar·cho-syn·di·cal·ist** \-kə-ləst\ n or adj
**an·ar·chy** \'an-ər-kē, -,är-\ n [ML anarchia, fr. Gk, fr. anarchos having
no ruler, fr. an- + archos ruler — more at ARCH] (1539)  1   a : ab-
sence of government   b : a state of lawlessness or political disorder
due to the absence of governmental authority   c : a utopian society of
individuals who enjoy complete freedom without government   2 : ab-
sence of order : DISORDER   3 : ANARCHISM
**ana·sar·ca** \,an-ə-'sär-kə\ n [NL, fr. ana- + Gk sark-, sarx flesh — more
at SARCASM] (14c) : generalized edema with accumulation of serum in
the connective tissue — **ana·sar·cous** \-kəs\ adj
**An·a·sa·zi** \,än-ə-'säz-ē\ n, pl **Anasazi** [Navaho a-naa-sázi alien ancient
one] (1938)  1 : a group of American Indian cliff dwellers of the south-
western U.S.   2 : BASKET MAKER 2   3 : PUEBLO 2b
**an·astig·mat** \a-'nas-tig-,mat, ,an-ə-'stig-\ n [G, back-formation fr. anas-
tigmatisch anastigmatic] (1890) : an anastigmatic lens
**an·astig·mat·ic** \,an-ə-(,)stig-'mat-ik, ,an-,as-tig-\ adj [ISV] (1890) : not
astigmatic — used esp. of lenses that are able to form approximately
point images of object points
**anas·to·mose** \ə-'nas-tə-,mōz, -,mōs\ vb -mosed; -mos·ing [prob. back-
formation fr. anastomosis] vt (1697) : to connect or join by anastomosis
~ vi : to communicate by anastomosis
**anas·to·mo·sis** \ə-,nas-tə-'mō-səs\ n, pl -mo·ses \-,sēz\ [LL, fr. Gk anas-
tomōsis, fr. anastomoun to provide with an outlet, fr. ana- + stoma
mouth, opening — more at STOMACH] (1541)  1 : the union of parts or
branches (as of streams, blood vessels, or leaf veins) so as to intercom-
municate : INOSCULATION   2 : a product of anastomosis : NETWORK —
**anas·to·mot·ic** \-'mät-ik\ adj
**anas·tro·phe** \ə-'nas-trə-(,)fē\ n [ML, fr. Gk anastrophē, lit., turning
back, fr. anastrephein to turn back, fr. ana- + strephein to turn — more
at STROPHE] (ca. 1577) : inversion of the usual syntactical order of
words for rhetorical effect — compare HYSTERON PROTERON
**an·a·tase** \'an-ə-,tās, -,tāz\ n [F, fr. Gk anatasis extension, fr. anateinein
to extend, fr. ana- + teinein to stretch — more at THIN] (ca. 1821) : a
tetragonal titanium dioxide used esp. as a white pigment
**anath·e·ma** \ə-'nath-ə-mə\ n [LL anathemat-, anathema, fr. Gk, thing
devoted to evil, curse, fr. anatithenai to set up, dedicate, fr. ana- +
tithenai to place, set — more at DO] (1526)  1   a : one that is cursed by
ecclesiastical authority   b : one that is intensely disliked : something
or someone odious ⟨ideas that are ~ to him⟩   2   a : a ban or curse
solemnly pronounced by ecclesiastical authority and accompanied by
excommunication   b : the denunciation of something as accursed   c
: a vigorous denunciation : CURSE
**anath·e·ma·tize** \-,tīz\ vt -tized; -tiz·ing (1566) : to pronounce an anath-
ema upon   syn see EXECRATE
**An·a·to·lian** \,an-ə-'tō-lē-ən, -'tōl-yən\ n (1590)  1 : a native or inhabit-
ant of Anatolia and specif. of the western plateau lands of Turkey in
Asia   2 : a branch of the Indo-European language family that includes
a group of extinct languages of ancient Anatolia — see INDO-EUROPEAN
LANGUAGES table — **Anatolian** adj
**an·a·tom·i·co-** \,an-ə-'täm-i-(,)kō\ or **anat·o·mo-** \ə-'nat-ə-(,)mō\ comb
form : anatomical and : anatomical ⟨anatomicopathological⟩ ⟨ana-
tomoclinical⟩
**anat·o·mist** \ə-'nat-ə-məst\ n (1543)  1 : a student of anatomy; esp
: one skilled in dissection   2 : one who analyzes minutely and criti-
cally ⟨an ~ of urban society⟩
**anat·o·mize** \-,mīz\ vt -mized; -miz·ing (15c)  1 : to cut in pieces in
order to display or examine the structure and use of the parts : DISSECT
2 : ANALYZE
**anat·o·my** \ə-'nat-ə-mē\ n, pl -mies [LL anatomia dissection, fr. Gk
anatomē, fr. anatemnein to dissect, fr. ana- + temnein to cut — more
at TOME] (14c)  1 : a branch of morphology that deals with the struc-
ture of organisms   2 : a treatise on anatomic science or art   3 : the art
of separating the parts of an organism in order to ascertain their posi-
tion, relations, structure, and function : DISSECTION   4 obs : a body
dissected or to be dissected   5 : structural makeup esp. of an organism
or any of its parts   6 : a separating or dividing into parts for detailed
examination : ANALYSIS   7   a   (1) : SKELETON   (2) : MUMMY   b : the
human body — **an·a·tom·ic** \,an-ə-'täm-ik\ or **an·a·tom·i·cal** \-i-kəl\ adj
— **an·a·tom·i·cal·ly** \-i-k(ə-)lē\ adv
**ana·tox·in** \,an-ə-'täk-sən\ n [ISV ana- + toxin] (ca. 1925) : TOXOID
**anat·ro·pous** \ə-'na-trə-pəs\ adj (ca. 1846) : having or being an ovule
inverted so that the micropyle is bent down to the funiculus to which
the body of the ovule is united
**-ance** \ən(t)s, ᵊn(t)s\ n suffix [ME, fr. OF, fr. L -antia, fr. -ant-, -ans -ant
+ -ia -y]  1 : action or process ⟨furtherance⟩ : instance of an action or
process ⟨performance⟩   2 : quality or state : instance of a quality or
state ⟨protuberance⟩   3 : amount or degree ⟨conductance⟩
**an·ces·tor** \'an-,ses-tər also -səs-\ n [ME ancestre, fr. OF, fr. L antecessor
one that goes before, fr. antecessus, pp. of antecedere to go before, fr.
ante- + cedere to go — more at CEDE] (13c)  1   a : one from whom a
person is descended and who is in the line of descent usu. more remote
than a grandparent   b : FOREFATHER 2   2 : FORERUNNER, PROTOTYPE   3
: a progenitor of a more recent or existing species or group
**ancestor worship** n (1854) : the custom of venerating deceased ancestors
who are considered still a part of the family and whose spirits are be-
lieved to have the power to intervene in the affairs of the living
**an·ces·tral** \an-'ses-trəl\ adj (15c) : of, relating to, or inherited from an
ancestor ⟨~ estates⟩ — **an·ces·tral·ly** \-trə-lē\ adv
**an·ces·tress** \'an-,ses-trəs\ n (1580) : a female ancestor

---

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ó\ law  \ói\ boy  \th\ thin  \t̲h̲\ the  \ü\ loot  \ú\ foot
\y\ yet  \zh\ vision  \ȧ, k̲, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ᵊ\ see Guide to Pronunciation

EGL0032966

\ *n* (14c) **1** *archaic* : COMMONWEALTH

ɔ -,weltth\ *n* (15c) **1** *archaic* : COMMON- or other political unit: as **a** : one founded act or tacit agreement of the people for the which supreme authority is vested in the ) **a** : the English state from the death of toration in 1660 **b** : PROTECTORATE 1b ed officially of Kentucky, Massachusetts **5** *cap* : a federal union of constituent Australia **6** *often cap* : an association of states more or less loosely associated in a ne British crown) **7** *often cap* : a political ʏ but voluntarily united with the U.S. ɔ and of the Northern Mariana islands ) : May 24 observed in parts of the British ʏersary of Queen Victoria's birthday a calendar year containing no intercalary

[ME, fr. MF, fr. L *commotion-*, *commotio*, ʏēre] (15c) **1** : a condition of civil unrest ɔr recurrent motion **3** : mental excitement tated disturbance : TO-DO **b** : noisy confu-

**com·moved; com·mov·ing** [ME *commoeven*, ʏn of *commovoir*, fr. L *commovēre*, fr. *com-* **1** : to move violently : AGITATE **2** : to ʏite to passion

ʏm-yən-ᵊl\ *adj* [F, fr. LL *communalis*, fr. L ʏ relating to one or more communes **2** : of ʏ : characterized by collective owner- ᵎ : participated in, shared, or used in com- up or community **4** : of, relating to, or roups — **com·mu·nal·ly** \-ē\ *adv*

ʏ (1871) **1** : social organization on a com- a sociopolitical grouping based on religious **nu·nal·ist** \-ᵊl-əst\ *n or adj*

ʏl-ət-ē\ *n, pl* -**ties** (1901) **1** : communal ing of group solidarity

,ïz, 'kä-mən-\ *vt* -**ized; -iz·ing** (1881) : to

d)\ *n* [F] (1874) **1** *cap* : one who sup- e Commune of Paris in 1871 **2** : a person

ʏm-muned; com·mun·ing [ME *communen* to ʏunion, fr. MF *comunier* to converse, ad- ʏion, fr. LL *communicare*, fr. L] *vt, obs* (15c) ʏe more to ~ — Shak.) ~ *vi* **1** : to receive ʏnicate intimately (~ with nature)

ʏnyün, kä-\ *n* [F, alter. of MF *comugne*, fr. ʏ pl. of *communis*] (1673) **1** : the smallest ʏany countries esp. in Europe **2** : COMMON s **a** : a medieval usu. municipal corpora- ʏften rural community organized on a com-

ʏi-kə-bəl\ *adj* (14c) **1** : capable of being ʏABLE (~ disease) **2** : COMMUNICATIVE ʏ -ni-kə-'bil-ət-ē\ *n* — **com·mu·ni·ca·ble·ness** ʏom·mu·ni·ca·bly \-blē\ *adv*

ʏnt\ *n* (1552) **1** : a church member entitled ʏadly : a member of a fellowship **2** : one INFORMANT — **communicant** *adj*

ʏ,kāt\ *vb* -**cat·ed; -cat·ing** [L *communicatus*, ʏart, participate, fr. *communis* common — ʏ *archaic* : SHARE **2** : to convey knowl- ʏt : make known (~ a story) **b** : to reveal ʏnicated itself to his friends) **3** : to cause ʏr (some diseases are easily *communicated*) ʏmmunion **2** : to transmit information, ʏt is satisfactorily received or understood **3** ʏ CONNECT (the rooms ~) — **com·mu·ni·ca·** ʏmmunicator \-'myü-nə-,kāt-ər\ *n*

ʏə-'kā-shən\ *n* (14c) **1** : an act or instance ʏormation communicated **b** : a verbal or ʏrocess by which information is exchanged ʏh a common system of symbols, signs, or ʏheromones in insect ~); *also* : exchange of ʏapport (a lack of ~ between old and young ʏn (as of telephones) for communicating ʏʏing troops, supplies, and vehicles **c** : per- ʏicating **5** *pl but sing or pl in constr* **a** : ʏʏas effectively (as in speech) **b** : the tech- ʏof information (as by the printed word or ʏmu·ni·ca·tion·al \-shnəl, -shən-ᵊl\ *adj* ʏʏə-,kāt-iv, -,ni-kət-iv\ *adj* (1654) **1** : tend- ʏATIVE **2** : of or relating to communication — **com·mu·ni·ca·tive·ness** *n*

ʏi-ni-kə-,tōr-ē, -,tȯr-\ *adj* (1646) **1** : de- ʏrmation (~ letters) **2** : COMMUNICATIVE

\ *n* [ME, *communion-*, *communio* mu- ʏunis] (14c) **1** : an act or instance of shar- ʏn sacrament in which bread and wine are ʏation of the death of Christ **b** : the act of ʏ *cap* : the part of the Mass in which the ʏp : a variable verse of Scripture tradition- ʏring the people's communion — called also ʏimate fellowship or rapport : COMMUNICA- ʏans having a common faith and discipline

**8**) : a Sunday (as the first Sunday of the ʏant church regularly holds a Communion

,kā, -,myü-nə-\ *n* [F, fr. pp. of *communi* ʏommunicare] (1852) : BULLETIN **1**

---

**com·mu·nism** \'käm-yə-,niz-əm\ *n* [F *communisme*, fr. *commun* com- mon] (1840) **1 a** : a theory advocating elimination of private prop- erty **b** : a system in which goods are owned in common and are avail- able to all as needed **2** *cap* **a** : a doctrine based on revolutionary Marxian socialism and Marxism-Leninism that is the official ideology of the U.S.S.R. **b** : a totalitarian system of government in which a single authoritarian party controls state-owned means of production with the professed aim of establishing a stateless society **c** : a final stage of society in which the state has withered away and economic goods are distributed equitably

**com·mu·nist** \'käm-yə-nəst\ *n* (1840) **1** : an adherent or advocate of communism **2** *cap* : COMMUNARD **3** *a cap* : a member of a Commu- nist party or movement **b** *often cap* : an adherent or advocate of a Communist government, party, or movement **4** *often cap* : one held to engage in left-wing, subversive, or revolutionary activities — **com- munist** *adj, often cap* — **com·mu·nis·tic** \,käm-yə-'nis-tik\ *adj, often cap* — **com·mu·nis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**com·mu·ni·tar·i·an** \kə-,myü-nə-'ter-ē-ən\ *adj* (ca. 1909) : of or relating to social organization in small cooperative partially collectivist com- munities — **communitarian** *n* — **com·mu·ni·tar·i·an·ism** \-ē-ə-,niz-əm\ *n*

**com·mu·ni·ty** \kə-'myü-nət-ē\ *n, pl* -**ties** [ME *comunete*, fr. MF *comu- nete*, fr. L *communitat-*, *communitas*, fr. *communis*] (14c) **1** : a unified body of individuals: as **a** : STATE, COMMONWEALTH **b** : the people with common interests living in a particular area; *broadly* : the area itself (the problems of a large ~) **c** : an interacting population of various kinds of individuals (as species) in a common location **d** : a group of people with a common characteristic or interest living together within a larger society (a ~ of retired persons) **e** : a group linked by a com- mon policy **f** : a body of persons or nations having a common history or common social, economic, and political interests (the international ~) **g** : a body of persons of common and esp. professional interests scattered through a larger society (the academic ~) **2** : society at large **3** *a* : joint ownership or participation (~ of goods) **b** : com- mon character : LIKENESS (~ of interests) **c** : social activity : FEL- LOWSHIP **d** : a social state or condition

**community antenna television** *n* (1953) : CABLE TELEVISION

**community center** *n* (1915) : a building or group of buildings for a com- munity's educational and recreational activities

**community chest** *n* (1919) : a general fund accumulated from individual subscriptions to defray demands on a community for charity and social welfare

**community college** *n* (1948) : a nonresidential 2-year college that is usu. government-supported

**community property** *n* (ca. 1925) : property held jointly by husband and wife

**com·mu·nize** \'käm-yə-,nīz\ *vt* -**nized; -niz·ing** [back-formation fr. *com- munization*] (1888) **1** *a* : to make common **b** : to make into state- owned property **2** : to subject to Communist principles of organiza- tion — **com·mu·ni·za·tion** \,käm-yə-nə-'zā-shən\ *n*

**com·mu·tate** \'käm-yə-,tāt\ *vt* -**tat·ed; -tat·ing** [back-formation fr. *com- mutation*] (1890) : to reverse every other half cycle of (an alternating current) so as to form a unidirectional current

**com·mu·ta·tion** \,käm-yə-'tā-shən\ *n* [ME, fr. MF, fr. L *commutation-*, *commutatio*, fr. *commutatus*, pp. of *commutare*] (15c) **1** : EXCHANGE, TRADE **2** : REPLACEMENT; *specif* : a substitution of one form of payment or charge for another **3** : a change of a legal penalty or punishment to a lesser one **4** : an act or process of commuting **5** : the action of commuting

**commutation ticket** *n* (1848) : a transportation ticket sold for a fixed number of trips over the same route during a limited period

**com·mu·ta·tive** \'käm-yə-,tāt-iv, kə-'myüt-ət-\ *adj* (ca. 1755) **1** : of, relating to, or showing commutation **2** : of, relating to, or character- ized by the combination of elements of a given set under a specified operation in such a manner that the result is independent of the order in which the elements are taken (a ~ group) (addition of the positive integers is ~)

**com·mu·ta·tiv·i·ty** \kə-,myüt-ə-'tiv-ət-ē, ,käm-yə-tə-\ *n* (1929) : the property of being commutative (the ~ of a mathematical operation)

**com·mu·ta·tor** \'käm-yə-,tāt-ər\ *n* (1839) **1** : a switch for reversing the direction of an electric current **2** : a series of bars or segments so connected to an armature coils of a dynamo that rotation of the armature will in conjunction with fixed brushes result in unidirectional current output in the case of a generator and in the reversal of the current into the coils in the case of a motor **3** : an element of a mathematical group that when multiplied by the product of two given elements yields the product of the elements in reverse order

¹**com·mute** \kə-'myüt\ *vb* **com·mut·ed; com·mut·ing** [L *commutare* to change, exchange, fr. *com-* + *mutare* to change — more at MISS] *vt* (15c) **1** : CHANGE, ALTER **2** : to give in exchange for another : EX- CHANGE **2** : to convert (as a payment) into another form **3** : to ex- change (a penalty) for another less severe **4** : COMMUTATE ~ *vi* **1** : to make up : COMPENSATE **2** : to pay in gross **3** : to travel back and forth regularly (as between a suburb and a city) **4** : to yield the same mathematical result regardless of order — used of two elements under- going an operation or of two operations on elements — **com·mut·able** \-'myüt-ə-bəl\ *adj*

²**commute** *n* (1954) : a trip made in commuting

**com·mut·er** \kə-'myüt-ər\ *n* (ca. 1864) **1** : a person who commutes (as between a suburb and a city) **2** : a small airline that carries passengers relatively short distances on a regular schedule

**co·mo·no·mer** \(ᵊ)kō-'män-ə-mər, -'mō-nə-\ *n* [*co-* + *monomer*] (1945) : one of the constituents of a copolymer

¹**comp** \'kämp\ *n* [short for *complimentary*] (1887) : a complimentary ticket; *broadly* : something provided free of charge

²**comp** \'kämp, 'kämp\ *vi* [short for *accompany*] (1949) : to punctuate and support a jazz solo with irregularly spaced chords

**com·pact** \kəm-'pakt, käm-', 'käm-\ *adj* [ME, firmly put together, fr. L *compactus*, fr. pp. of *compingere* to put together, fr. *com-* + *pangere* to fasten — more at PACT] (14c) **1** : predominantly formed or filled **2** : COMPOSED, MADE **a** : having parts or units closely packed or joined (a ~ woolen) **b** : not diffuse or verbose (a ~ statement) **c** : occupying a small volume by reason of efficient use of space (a ~ camera) (a ~ formation of troops) **d** : short-bodied, solid, and with-

---

out excess flesh **3** : being a metric space with the property that for any collection of open sets which contains it there is a subset of the collection with a finite number of elements which also contains it — **com·pact·ly** *adv* — **com·pact·ness** *n*

²**compact** *vt* (15c) **1** : to make up by connecting or combining : COM- POSE **2 a** : to knit or draw together : COMBINE **b** : to press together : COMPRESS ~ *vi* : to become compacted — **com·pact·ible** \-'pak-tə- bəl, -,pak-\ *adj* — **com·pac·tor** *also* **com·pact·er** \-'pak-tər, -,pak-\ *n*

³**com·pact** \'käm-,pakt\ *n* (1601) : something that is compact or com- pacted: **a** : a small cosmetic case (as for compressed powder) **b** : an automobile smaller than an intermediate but larger than a subcompact

⁴**com·pact** \'käm-,pakt\ *n* [L *compactum*, fr. neut. of *compactus*, pp. of *compacisci* to make an agreement, fr. *com-* + *pacisci* to contract — more at PACT] (1591) : an agreement or covenant between two or more parties

**compact disc** *n* (1980) : a small plastic optical disc usu. containing re- corded music

**com·pac·tion** \kəm-'pak-shən, käm-\ *n* (14c) : the act or process of com- pacting : the state of being compacted

¹**com·pan·ion** \kəm-'pan-yən\ *n* [ME *compainoun*, fr. OF *compagnon*, fr. LL *companion-*, *companio*, fr. L *com-* + *panis* bread, food — more at FOOD] (13c) **1** : one that accompanies another : COMRADE, ASSOCIATE **2** *obs* : RASCAL **3 a** : one that is closely connected with something similar **b** : one employed to live with and serve another

²**companion** *vt* (1622) : ACCOMPANY ~ *vi* : to keep company

³**companion** *n* [by folk etymology fr. D *kampanje* poop deck] (1762) **1** : a hood covering at the top of a companionway **2** : COMPANIONWAY

**com·pan·ion·able** \kəm-'pan-yə-nə-bəl\ *adj* (14c) : marked by, condu- cive to, or suggestive of companionship : SOCIABLE — **com·pan·ion·able- ness** *n* — **com·pan·ion·ably** \-blē\ *adv*

**com·pan·ion·ate** \kəm-'pan-yə-nət\ *adj* (1926) : relating to or having the manner of companions; *specif* : harmoniously or suitably accompany- ing

**companionate marriage** *n* (1927) : a proposed form of marriage in which legalized birth control would be practiced, the divorce of child- less couples by mutual consent permitted, and neither party would have any financial or economic claim on the other

**companion cell** *n* (1887) : a living nucleated cell that is closely associ- ated in origin, position, and probably function with a cell making up part of a sieve tube of a vascular plant

**companion piece** *n* (1844) : a work (as of literature) that is associated with and complements another

**com·pan·ion·ship** \kəm-'pan-yən-,ship\ *n* (1548) : the fellowship existing among companions

**com·pan·ion·way** \-yən-,wā\ *n* [³*companion*] (1840) : a ship's stairway from one deck to another

¹**com·pa·ny** \'kəmp-(ə-)nē\ *n, pl* -**nies** *often attrib* [ME *companie*, fr. OF *compagnie*, fr. *compain* companion, fr. LL *companio*] (13c) **1 a** : as- sociation with another : FELLOWSHIP (enjoy a person's ~) **b** : COM- PANIONS, ASSOCIATES (know a person by the ~ he keeps) **c** : VISITORS, GUESTS (having ~ for dinner) **2 a** : a group of persons or things (a ~ of horsemen) **b** : a body of soldiers; *specif* : a unit (as of infantry) consisting usu. of a headquarters and two or more platoons **c** : an organization of performing artists **d** : the officers and men of a ship **e** : a fire-fighting unit **3 a** : a chartered commercial organization or medieval trade guild **b** : an association of persons for carrying on a commercial or industrial enterprise **c** : those members of a partner- ship firm whose names do not appear in the firm name (John Doe and Company)

²**company** *vt* -**nied; -ny·ing** (14c) : ACCOMPANY (may . . . fair winds ~ your safe return —John Masefield) ~ *vi* : ASSOCIATE

**company officer** *n* (1844) : a commissioned officer in the army, air force, or marine corps of the rank of captain, first lieutenant, or second lieutenant — called also *company grade officer*; compare FIELD OFFICER, GENERAL OFFICER

**company town** *n* (1927) : a community that is dependent on one firm for all or most of the necessary services or functions of town life (as em- ployment, housing, and stores)

**company union** *n* (1917) : an unaffiliated labor union of the employees of a single firm; *esp* : one dominated by the employer

**com·pa·ra·bil·i·ty** \,käm-p(ə-)rə-'bil-ət-ē, ÷kəm-,par-ə-\ *n* (1843) : the quality or state of being comparable

**com·pa·ra·ble** \'käm-p(ə-)rə-bəl, ÷käm-'par-ə-bəl\ *adj* (15c) **1** : capa- ble of or suitable for comparison **2** : EQUIVALENT, SIMILAR (fabrics of ~ quality) — **com·pa·ra·ble·ness** *n* — **com·pa·ra·bly** \-blē\ *adv*

**com·par·a·tist** \kəm-'par-ət-əst\ *n* [*comparative* + -*ist*] (1933) : one that uses a comparative method (as in the study of literature)

¹**com·par·a·tive** \kəm-'par-ət-iv\ *adj* (15c) **1** : of, relating to, or consti- tuting the degree of comparison in a language that denotes increase in the quality, quantity, or relation expressed by an adjective or adverb **2** : considered as if in comparison to something else as a standard not quite attained : RELATIVE (a ~ stranger) **3** : characterized by system- atic comparison esp. of likenesses and dissimilarities (~ anatomy) — **com·par·a·tive·ly** *adv* — **com·par·a·tive·ness** *n*

²**comparative** *n* (15c) **1 a** : one that compares with another esp. on equal footing : RIVAL **b** : one that makes witty or mocking compari- sons **2** : the comparative degree or form in a language

**com·par·a·tiv·ist** \kəm-'par-ət-i-vəst\ *n* (1887) : COMPARATIST

**com·par·a·tor** \kəm-'par-ət-ər\ *n* (1883) : a device for comparing some- thing with a similar thing or with a standard measure

¹**com·pare** \kəm-'pa(ə)r, -'pe(ə)r\ *vb* **com·pared; com·par·ing** [ME *com- paren*, fr. MF *comparer*, fr. L *comparare* to couple, compare, fr. *compar* like, fr. *com-* + *par* equal] *vt* (14c) **1** : to represent as similar : LIKEN **2** : to examine the character or qualities of esp. in order to discover resemblances or differences **3** : to inflect or modify (an adjective or

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \ú\ foot \y\ yet \zh\ vision \ä, ḳ, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʏ\ see Guide to Pronunciation

EGL0032967

adverb) according to the degrees of comparison ~ *vi* **1** : to bear being compared **2** : to make comparisons **3** : to be equal or alike
**syn** COMPARE, CONTRAST, COLLATE mean to set side by side in order to show differences and likenesses. COMPARE implies an aim of showing relative values or excellences by bringing out characteristic qualities whether similar or divergent; CONTRAST implies an emphasis on differences; COLLATE implies minute and critical inspection in order to note points of agreement or divergence.

²**compare** *n* (1589) : the possibility of comparing ⟨beauty beyond ~⟩

**com·par·i·son** \kəm-'par-ə-sən\ *n* [ME, fr. MF *comparaison*, fr. L *comparation-*, *comparatio*, fr. *comparatus*, pp. of *comparare*] (14c) **1** : the act or process of comparing: **a** : the representing of one thing or person as similar to or like another ⟨a ~ of man to monkey⟩ **b** : an examination of two or more items to establish similarities and dissimilarities **2** : identity of features : SIMILARITY ⟨several points of ~ between two authors⟩ **3** : the modification of an adjective or adverb to denote different levels of quality, quantity, or relation

**comparison shop** *vi* (1970) : to compare prices (as of competing brands) in order to find the best value

**com·part** \kəm-'pärt\ *vt* [It *compartire*, fr. LL *compartiri* to share out, fr. L *com-* + *partiri* to share, fr. *part-*, *pars* part, share] (1624) : to mark out into parts; *specif* : to lay out in parts according to a plan

¹**com·part·ment** \kəm-'pärt-mənt\ *n* [MF *compartiment*, fr. It *compartimento*, fr. *compartire*] (1564) **1** : a separate division or section **2** : one of the parts into which an enclosed space is divided — **com·part·men·tal** \kəm-,pärt-'ment-ᵊl, ,käm-\ *adj*

²**com·part·ment** \-,ment, -mənt\ *vt* (1918) : COMPARTMENTALIZE

**com·part·men·tal·ize** \kəm-,pärt-'ment-ᵊl-,īz, ,käm-\ *vt* **-ized**; **-iz·ing** (1925) : to separate into isolated compartments or categories — **com·part·men·tal·iza·tion** \-,ment-ᵊl-ə-'zā-shən\ *n*

**com·part·men·ta·tion** \kəm-,pärt-mən-'tā-shən, -,men-\ *n* (1926) : division into separate sections or units

¹**com·pass** \'kəm-pəs *also* 'käm-\ *vt* [ME *compassen*, fr. OF *compasser* to measure, fr. (assumed) VL *compassare* to pace off, fr. L *com-* + *passus* pace] (13c) **1** : to devise or contrive often with craft or skill **2** : ENCOMPASS **b** : to travel entirely around ⟨~ the earth⟩ **3** : BRING ABOUT, ACHIEVE **b** : to get into one's possession or power : OBTAIN **4** : COMPREHEND — **com·pass·able** \-pə-sə-bəl\ *adj*

²**compass** *n* (14c) **1 a** : BOUNDARY, CIRCUMFERENCE ⟨within the ~ of the city walls⟩ **b** : a circumscribed space ⟨within the narrow ~ of 21 pages —V. L. Parrington⟩ **c** : RANGE, SCOPE ⟨the ~ of a voice⟩ **2 a** : a curved or roundabout course ⟨a ~ of seven days' journey — 2 Kings 3:9 (AV)⟩ **3 a** : a device for determining directions by means of a magnetic needle or group of needles turning freely on a pivot and pointing to the magnetic north **b** : any of various nonmagnetic devices that serve the same purpose as the magnetic compass **c** : an instrument for describing circles or transferring measurements that consists of two pointed branches joined at the top by a pivot — usu. used in pl.; called also *pair of compasses* **syn** see RANGE

³**compass** *adj* (14c) **1** : forming a curve ⟨a ~ timber⟩ **2** : semicircular in plan — used of a bow window

**compass card** *n* (1874) : the circular card attached to the needles of a mariner's compass on which are marked the 32 points of the compass and the 360° of the circle

**com·pas·sion** \kəm-'pash-ən\ *n* [ME, fr. MF or LL; MF, fr. LL *compassion-*, *compassio*, fr. *compassus*, pp. of *compati* to sympathize, fr. L *com-* + *pati* to bear, suffer — more at PATIENT] (14c) : sympathetic consciousness of others' distress together with a desire to alleviate it — **com·pas·sion·less** \-ləs\ *adj*

¹**com·pas·sion·ate** \kəm-'pash-(ə-)nət\ *adj* (1587) **1** : having or showing compassion : SYMPATHETIC **2** : granted because of unusual distressing circumstances affecting an individual — used of some military privileges (as leaves) — **com·pas·sion·ate·ly** *adv* — **com·pas·sion·ate·ness** *n*

²**com·pas·sion·ate** \-'pash-ə-,nāt\ *vt* **-at·ed**; **-at·ing** (1592) : PITY

**compass plant** *n* (1848) : a coarse yellow-flowered composite plant (*Silphium laciniatum*) with large pinnatifid leaves—called also *rosinweed*

**com·pat·i·ble** \kəm-'pat-ə-bəl\ *adj* [MF, fr. ML *compatibilis*, lit., sympathetic, fr. L *compati*] (15c) **1** : capable of existing or operating together in harmony ⟨~ theories⟩ ⟨~ devices⟩ **2** : capable of cross-fertilizing freely or uniting vegetatively **3** : being or relating to a system in which color television broadcasts may be received in black and white on receivers without special modification **4** : capable of forming a homogeneous mixture that neither separates nor is altered by chemical interaction — **com·pat·i·bil·i·ty** \-,pat-ə-'bil-ət-ē\ *n* — **com·pat·i·ble·ness** \-'pat-ə-bəl-nəs\ *n* — **com·pat·i·bly** \-blē\ *adv*

**com·pa·tri·ot** \kəm-'pā-trē-ət, käm-, -,trē-,ät, *chiefly Brit* -'pa-\ *n* [F *compatriote*, fr. LL *compatriota*, fr. L *com-* + LL *patriota* fellow countryman — more at PATRIOT] (1611) **1** : a fellow countryman **2** : COMPEER, COLLEAGUE — **com·pa·tri·ot·ic** \kəm-,pā-trē-'ät-ik, ,käm-, *chiefly Brit* -,pa-\ *adj*

¹**com·peer** \'käm-,pi(ə)r, käm-', kəm-'\ *n* [ME, fr. OF *compere*, lit., godfather, fr. ML *compater*, fr. L *com-* + *pater* father — more at FATHER] (13c) : COMPANION

²**compeer** *n* [modif. of L *compar*, fr. *compar*, adj., like — more at COMPARE] (15c) : EQUAL, PEER — **compeer** *vt*, *obs*

**com·pel** \kəm-'pel\ *vt* **com·pelled**; **com·pel·ling** [ME *compellen*, fr. MF *compellir*, fr. L *compellere*, fr. *com-* + *pellere* to drive — more at FELT] (14c) **1** : to drive or urge forcefully or irresistibly **2** : to cause to do or occur by overwhelming pressure **3** *archaic* : to drive together — **com·pel·la·ble** \-'pel-ə-bəl\ *adj* — **com·pel·ler** *n*

**com·pel·la·tion** \,käm-pə-'lā-shən, -,pel-'ā-\ *n* [L *compellation-*, *compellatio*, fr. *compellatus*, pp. of *compellare* to address, fr. *com-* + *-pellare* (as in *appellare* to accost, appeal to)] (1603) **1** : an act or action of addressing someone **2** : APPELLATION 1

**com·pel·ling** \kəm-'pel-iŋ\ *adj* (1606) **1** : FORCEFUL **2** : demanding attention — **com·pel·ling·ly** *adv*

**com·pend** \'käm-,pend\ *n* [ML *compendium*] (1596) : COMPENDIUM

**com·pen·di·ous** \kəm-'pen-dē-əs\ *adj* (14c) : marked by brief expression of a comprehensive matter **syn** see CONCISE — **com·pen·di·ous·ly** *adv* — **com·pen·di·ous·ness** *n*

**com·pen·di·um** \kəm-'pen-dē-əm\ *n*, *pl* **-di·ums** or **-dia** \-dē-ə\ [ML, fr. L, saving, shortcut, fr. *compendere* to weigh together, fr. *com-* + *dere* to weigh — more at PENDANT] (1589) **1** : a brief summary of a larger work or of a field of knowledge : ABSTRACT **2 a** : a list of a number of items **b** : COLLECTION

**com·pen·sa·ble** \kəm-'pen(t)-sə-bəl\ *adj* (1661) : that is to be or can be compensated — **com·pen·sa·bil·i·ty** \kəm-,pen(t)-sə-'bil-ət-ē, ,käm-\ *n*

**com·pen·sate** \'käm-pən-,sāt, -,pen-\ *vb* **-sat·ed**; **-sat·ing** [L *compensatus*, pp. of *compensare*, fr. *compensus*, pp. of *compendere*] *vt* (1646) **1** : to be equivalent to : COUNTERBALANCE **2** : to make an appropriate and usu. counterbalancing payment to **3 a** : to provide with means of counteracting variation **b** : to neutralize the effect of (variations) ~ *vi* **1** : to supply an equivalent — used with *for* **2** : to offset an error, defect, or undesired effect **syn** see PAY — **com·pen·sa·tive** \'käm-pən-,sāt-iv, -,pen-; kəm-'pen(t)-sət-\ *adj* — **com·pen·sa·tor** \'käm-pən-,sāt-ər, -,pen-\ *n* — **com·pen·sa·to·ry** \kəm-'pen(t)-sə-,tōr-ē, -,tōr-\ *adj*

**com·pen·sa·tion** \,käm-pən-'sā-shən, -,pen-\ *n* (14c) **1 a** : something that constitutes an equivalent or recompense ⟨age has its ~s⟩; *specif* : payment to an unemployed or injured worker or his dependents **b** : PAYMENT, REMUNERATION **2 a** (1) : correction of an organic defect or loss by hypertrophy or by increased functioning of another organ or unimpaired parts of the same organ (2) : a psychological mechanism by which feelings of inferiority, frustration, or failure in one field are counterbalanced by achievement in another **b** : adjustment of the phase retardation of one light ray with respect to that of another — **com·pen·sa·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**compensatory education** *n* (1965) : educational programs intended to make up for experiences (as cultural) lacked by disadvantaged children

¹**com·pere** or **com·père** \'käm-,pe(ə)r\ *n* [F *compère*, lit., godfather — more at COMPEER] *Brit* (1914) : the master of ceremonies of an entertainment (as a television program)

²**compere** or **compère** *vb* **com·pered** or **com·pèred**; **com·per·ing** or **com·pèr·ing** *vt*, *Brit* (1933) : to act as compere for ~ *vi*, *Brit* : to act as a compere

**com·pete** \kəm-'pēt\ *vi* **com·pet·ed**; **com·pet·ing** [LL *competere* to seek together, fr. L, to come together, agree, be suitable, fr. *com-* + *petere* to go to, seek — more at FEATHER] (1620) : to strive consciously or unconsciously for an objective (as position, profit, or a prize) : be in a state of rivalry

**com·pe·tence** \'käm-pət-ən(t)s\ *n* (1632) **1** : a sufficiency of means for the necessities and conveniences of life ⟨provided his family with a comfortable ~ —Rex Ingamells⟩ **2** : the quality or state of being competent: as **a** : the properties of an embryonic field that enable it to respond in a characteristic manner to an organizer **b** : readiness of bacteria to undergo genetic transformation **3** : the knowledge that enables a person to speak and understand a language — compare PERFORMANCE

**com·pe·ten·cy** \-pət-ən-sē\ *n*, *pl* **-cies** (1596) : COMPETENCE

**com·pe·tent** \'käm-pət-ənt\ *adj* [ME, suitable, fr. MF & L; MF, fr. L *competent-*, *competens*, fr. prp. of *competere*] (14c) **1** : having requisite or adequate ability or qualities : FIT ⟨a ~ workman⟩ ⟨a ~ piece of work⟩ **2** : proper or rightly pertinent **3** : legally qualified or adequate ⟨a ~ witness⟩ **4** : having the capacity to function or develop in a particular way; *specif* : having the capacity to respond (as by producing an antibody) to an antigenic determinant ⟨immunologically ~ cells⟩ **syn** see SUFFICIENT — **com·pe·tent·ly** *adv*

**com·pe·ti·tion** \,käm-pə-'tish-ən\ *n* [LL *competition-*, *competitio*, fr. L *competitus*, pp. of *competere*] (1605) **1** : the act or process of competing : RIVALRY **2** : a contest between rivals; *also* : one's competitors ⟨faced tough ~⟩ **3** : the effort of two or more parties acting independently to secure the business of a third party by offering the most favorable terms **4** : active demand by two or more organisms or kinds of organisms for some environmental resource in short supply

**com·pet·i·tive** \kəm-'pet-ət-iv\ *adj* (1829) **1** : relating to, characterized by, or based on competition ⟨~ sports⟩ **2** : inclined, desiring, or suited to compete ⟨a ~ breed of men —Ken Purdy⟩ ⟨salary benefits must be ~ —M. S. Eisenhower⟩ **3** : depending for effectiveness on the relative concentration of two or more substances ⟨~ inhibition of an enzyme⟩ — **com·pet·i·tive·ly** *adv* — **com·pet·i·tive·ness** *n*

**com·pet·i·tor** \kəm-'pet-ət-ər\ *n* (1534) : one that competes: as **a** : RIVAL **b** : one selling or buying goods or services in the same market as another **c** : an organism that lives in competition with another

**com·pi·la·tion** \,käm-pə-'lā-shən *also* -,pī-\ *n* (15c) **1** : the act or process of compiling **2** : something compiled

**com·pile** \kəm-'pī(ə)l\ *vt* **com·piled**; **com·pil·ing** [ME *compilen*, fr. MF *compiler*, fr. L *compilare* to plunder] (14c) **1** : to collect and edit into a volume **2** : to compose out of materials from other documents **3** : to run (as a program) through a compiler **4** : to build up gradually ⟨compiled a record of four wins and two losses⟩

**com·pil·er** \kəm-'pī-lər\ *n* (14c) **1** : one that compiles **2** : a computer program that translates an entire set of instructions written in a higher level symbolic language (as COBOL) into machine language before the instructions can be executed

**com·pla·cence** \kəm-'plās-ᵊn(t)s\ *n* (15c) **1** : calm or secure satisfaction with one's self or lot : SELF-SATISFACTION **2** *obs* : COMPLAISANCE **3** : UNCONCERN

**com·pla·cen·cy** \-ᵊn-sē\ *n*, *pl* **-cies** (1650) **1** : COMPLACENCE; *esp* : self-satisfaction accompanied by unawareness of actual dangers or deficiencies **2** : an instance of complacency

**com·pla·cent** \kəm-'plās-ᵊnt\ *adj* [L *complacent-*, *complacens*, prp. of *complacēre* to please greatly, fr. *com-* + *placēre* to please — more at PLEASE] (ca. 1755) **1** : COMPLAISANT 1 **2** : SELF-SATISFIED ⟨a ~ smile⟩ **3** : UNCONCERNED — **com·pla·cent·ly** *adv*

**com·plain** \kəm-'plān\ *vi* [ME *compleynen*, fr. MF *complaindre*, fr. (assumed) VL *complangere*, fr. L *com-* + *plangere* to lament — more at PLAINT] (14c) **1** : to express grief, pain, or discontent **2** : to make formal accusation or charge — **com·plain·er** *n* — **com·plain·ing·ly** \-'plā-niŋ-lē\ *adv*




compass card

EGL0032968

**yes·treen** \ye-'strēn\ *n* [ME (Sc) *yistrevin*, fr. *yisterday* + *evin* evening, alter. of *even* ¹*even*] *chiefly Scot* (14c) : last evening or night — **yestreen** *adv*

¹**yet** \(')yet\ *adv* [ME, fr. OE *giet*; akin to OFris *ieta* yet] (bef. 12c) **1 a** : in addition : BESIDES ⟨gives ~ another reason⟩ **b** : EVEN 2c ⟨a ~ higher speed⟩ **c** : on top of everything else : no less ⟨had wells going dry. Between two large lakes, ~ —J.H. Buzard⟩ **2 a** (1) : up to now : so far ⟨hasn't done much ~⟩ (2) : at this or that time : so soon as now ⟨not time to go ~⟩ **b** : continuously up to the present or a specified time : STILL ⟨is ~ a new country⟩ **c** : at a future time : EVENTUALLY ⟨may ~ see the light⟩ **3** : NEVERTHELESS, HOWEVER — as **yet** : up to the present time

²**yet** *conj* (bef. 12c) : but nevertheless : BUT

**ye·ti** \'yet-ē, 'yāt-\ *n* [Tibetan] (1951) : ABOMINABLE SNOWMAN

**yeuk** \'yük\ *vi* [ME (northern) *yukyn*, fr. OE *giccan*] *chiefly Scot* (1551) : ITCH

**yew** \'yü\ *n* [ME *ew*, fr. OE *iw*; akin to OHG *iwa* yew, OIr *ēo*] (bef. 12c) **1 a** : any of a genus (*Taxus* of the family Taxaceae, the yew family) of evergreen trees and shrubs with stiff linear leaves and fruits with a fleshy aril: as (1) : a long-lived Eurasian tree or shrub (*T. baccata*) — called also *English yew* (2) : a low straggling bush (*T. canadensis*) of the eastern U.S. and Canada **b** : the wood of a yew; *esp* : the heavy fine-grained wood of English yew **2** *archaic* : an archery bow made of yew

**Y·gerne** \ē-'ge(ə)rn\ *n* : IGRAINE

**Ygg·dra·sil** \'ig-drə-,sil\ *n* [ON] : a huge ash tree in Norse mythology that overspreads the world and binds earth, hell, and heaven together

**YHWH** \'yä-(,)wä, -(,)vä\ *n* : YAHWEH — compare TETRAGRAMMATON

**Yid·dish** \'yid-ish\ *n* [Yiddish *yidish*, short for *yidish daytsh*, lit., Jewish German, fr. MHG *jüdisch diutsch*, fr. *jüdisch* Jewish (fr. *Jude* Jew) + *diutsch* German] (1886) : a High German language usu. written in Hebrew characters that is spoken by Jews chiefly in eastern Europe and areas to which eastern European Jews have migrated — **Yiddish** *adj*

**Yid·dish·ism** \'yid-i-,shiz-əm\ *n* (1904) **1** : a usage, word, phrase, or idiom peculiar to Yiddish **2** : a movement characterized by advocacy of the Yiddish language and culture — **Yid·dish·ist** \-i-shəst\ *n or adj*

¹**yield** \'yē(ə)ld\ *vb* [ME *yielden*, fr. OE *gieldan*; akin to OHG *geltan* to pay] *vt* (bef. 12c) **1** *archaic* : RECOMPENSE, REWARD **2** : to give or render as fitting, rightfully owed, or required **3** : to give up possession of on claim or demand: as **a** : to give up (as one's breath) and so die **b** : to surrender or relinquish to the physical control of another : hand over possession of **c** : to surrender or submit (oneself) to another **d** : to give (oneself) up to an inclination, temptation, or habit **e** : to relinquish one's possession of (as a position of advantage or point of superiority) ⟨~ precedence⟩ **4 a** : to bear or bring forth as a natural product esp. as a result of cultivation ⟨the tree always ~s good fruit⟩ **b** : to furnish as return or produce as a result of expended effort ⟨properly handled this soil should ~ good crops⟩ **c** (1) : to produce as return from an expenditure or investment : furnish as profit or interest ⟨a bond that ~s 12 percent⟩ (2) : to produce as revenue : BRING IN ⟨the tax is expected to ~ millions⟩ **5** : to give up (as a hit or run) in baseball ⟨~ed two runs in the third inning⟩ ~ *vi* **1** : to be fruitful or productive : BEAR, PRODUCE **2** : to give up and cease resistance or contention : SUBMIT, SUCCUMB **3** : to give way to pressure or influence : submit to urging, persuasion, or entreaty **4** : to give way under physical force (as bending, stretching, or breaking) **5 a** : to give place or precedence : acknowledge the superiority of someone else **b** : to be inferior ⟨our beer ~s to none⟩ **c** : to give way to or become succeeded by someone or something else **6** : to relinquish the floor of a legislative assembly

*syn* YIELD, SUBMIT, CAPITULATE, SUCCUMB, RELENT, DEFER mean to give way to someone or something that one can no longer resist. YIELD may apply to any sort or degree of giving way before force, argument, persuasion, or entreaty ⟨after some further argument I *yielded* the point —W.H. Hudson †1922⟩ SUBMIT suggests full surrendering after resistance or conflict to the will or control of another ⟨not only has faith in divine Providence but *submits* to it humbly —Herbert Agar⟩ CAPITULATE stresses the fact of ending all resistance and may imply either a coming to terms (as with an adversary) or hopelessness in the face of an irresistible opposing force ⟨the universities would *capitulate* to a young, vigorous and revolutionary creed —Walter Moberly⟩ SUCCUMB implies weakness and helplessness to the one that gives way or an overwhelming power to the opposing force ⟨the best of constitutions will not prevent ambitious politicians from *succumbing* . . . to the temptations of power —Aldous Huxley⟩ RELENT implies a yielding through pity or mercy by one who holds the upper hand ⟨when a second appeal, couched in more urgent terms, was dispatched to him, he *relented* —Bennet Cerf⟩ DEFER implies a voluntary yielding or submitting out of respect or reverence for or deference and affection toward another ⟨she *deferred* in all things to her uncle —Upton Sinclair⟩
*syn* see in addition RELINQUISH

²**yield** *n* (15c) **1** : something yielded : PRODUCT; *esp* : the amount or quantity produced or returned ⟨~ of wheat per acre⟩ **2** : the capacity of yielding produce

**yield·er** \'yēl-dər\ *n* (1733) : one that yields: as **a** : a person who surrenders, concedes, or gives in **b** : something that yields produce or products

**yield·ing** \-diŋ\ *adj* (1533) **1** : PRODUCTIVE ⟨a high-*yielding* wheat⟩ **2** : lacking rigidity or stiffness : FLEXIBLE **3** : disposed to submit or comply

**yin** \'yin\ *n* [Chin (Pek) *yin¹*] (1893) : the feminine passive principle in nature that in Chinese cosmology is exhibited in darkness, cold, or wetness and that combines with yang to produce all that comes to be

**y–in·ter·cept** \'wī-'int-ər-,sept\ *n* (ca. 1939) : the y-coordinate of a point where a line, curve, or surface intersects the y-axis

**yip** \'yip\ *vi* **yipped**; **yip·ping** [imit.] (1907) **1** : to bark sharply, quickly, and often continuously **2** : to utter a short sharp cry — **yip** *n*

**yip·pee** \'yip-ē\ *interj* (1914) — used to express exuberant delight or triumph

**-yl** \əl, ³l, (,)il, ,ēl, *chiefly Brit* ,il\ *n comb form* [Gk *hylē* matter, material, lit., wood] : chemical and usu. univalent group ⟨*ethyl*⟩

**ylang–ylang** \,ē-,läŋ-'ē-,läŋ\ *n* [Tag] (1876) **1** : a tree (*Cananginum odoratum*) of the custard-apple family of the Malay archipelago, the Philippines, and adjacent areas that has very fragrant greenish yellow flowers **2** : a perfume distilled from the flowers of the ylang-ylang tree

**YMCA** \,wī-,em-(,)sē-'ā\ *n* [*Young Men's Christian Association*] (1881) : an international organization that promotes the spiritual, intellectual, social, and physical welfare orig. of young men

**YMHA** \,wī-,em-,ā-'chā\ *n* [*Young Men's Hebrew Association*] (1918) : an organization that promotes the religious, intellectual, social, and physical welfare of Jewish young men

**Ymir** \'ē-,mi(ə)r\ *n* [ON] : a giant from whose body the gods create the world in Norse mythology

**yob** \'yäb\ *n* [backward spelling for *boy*] *Brit* (1908) : YOBBO

**yob·bo** \'yä-bō\ *n, pl* **yobbos** *or* **yobboes** [*yob* + -o] (1938) **1** *Brit* : LOUT, YOKEL **2** *Brit* : HOODLUM

**yock** \'yäk\ *var of* ²YAK

**yod** \'yōd, 'yüd\ *n* [Heb *yōdh*] (1735) : the 10th letter of the Hebrew alphabet — see ALPHABET table

¹**yo·del** \'yōd-³l\ *vb* **-deled** *or* **-delled**; **-del·ing** *or* **-del·ling** \'yōd-liŋ, -³l-iŋ\ [G *jodeln*] *vi* (1838) : to sing by suddenly changing from a natural voice to a falsetto and back; *also* : to shout or call in a similar manner ~ *vt* : to sing (a tune) by yodeling — **yo·del·er** \'yōd-lər, -³l-ər\ *n*

²**yodel** *n* (1849) : a song or refrain sung by yodeling; *also* : a yodeled shout or cry

**yo·ga** \'yō-gə\ *n* [Skt, lit., yoking, fr. *yunakti* he yokes; akin to L *jungere* to join — more at YOKE] (1820) **1** *cap* : a Hindu theistic philosophy teaching the suppression of all activity of body, mind, and will in order that the self may realize its distinction from them and attain liberation **2** : a system of exercises for attaining bodily or mental control and well-being — **yo·gic** \-gik\ *adj, often cap*

**yogh** \'yōk, 'yōg, 'yōk\ *n* [ME *yogh*] (14c) : the letter ȝ used in Old English to represent voiced velar and palatal stops and fricatives (as \g\ and \y\) and in Middle English chiefly to represent voiced and voiceless velar and palatal fricatives (as \k̲\ and \y\)

**yo·gi** \'yō-gē\ *also* **yo·gin** \-gən, -,gin\ *n* [Skt *yogin*, fr. *yoga*] (1619) **1** : a person who practices yoga **2** *cap* : an adherent of Yoga philosophy **3** : a markedly reflective or mystical person

**yo·gurt** *also* **yo·ghurt** \'yō-gərt\ *n* [Turk *yoğurt*] (1625) : a fermented slightly acid often flavored semisolid food made of whole or skimmed cow's milk and milk solids to which cultures of two bacteria (*Lactobacillus bulgaricus* and *Streptococcus thermophilus*) have been added

**yo·him·bine** \yō-'him-,bēn, -bən\ *n* [ISV, fr. *yohimbē* (an African tree)] (1898) : an alkaloid $C_{21}H_{26}N_2O_3$ that is a weak blocker of alpha adrenergic receptors and has been used as an aphrodisiac

**yoicks** \'yöiks\ *interj* (1774) — used as a cry of encouragement to fox-hounds

¹**yoke** \'yōk\ *n, pl* **yokes** [ME *yok*, fr. OE *geoc*; akin to OHG *joh* yoke, L *jugum*, Gk *zygon*, Skt *yuga*, L *jungere* to join] (bef. 12c) **1 a** : a wooden bar or frame by which two draft animals (as oxen) are joined at the heads or necks for working together **b** : an arched device formerly laid on the neck of a defeated person **c** : a frame fitted to a person's shoulders to carry a load in two equal portions **d** : a bar by which the end of the tongue of a wagon or carriage is suspended from the collars of the harness **e** (1) : a crosspiece on the head of a boat's rudder (2) : an airplane lever operating the elevators and the ailerons **f** : a frame from which a bell is hung **g** : a clamp or similar piece that embraces two parts to hold or unite them in position **2** *pl usu* **yoke** : two animals yoked or worked together **3 a** (1) : an oppressive agency (2) : SERVITUDE, BONDAGE **b** : TIE, LINK; *esp* : MARRIAGE **4** : a fitted or shaped piece at the top of a skirt or at the shoulder of various garments

²**yoke** *vb* **yoked**; **yok·ing** *vt* (bef. 12c) **1 a** (1) : to put a yoke on (2) : to join in or with a yoke **b** : to attach a draft animal to; *also* : to attach (a draft animal) to something **2** : to join as if by a yoke **3** : to put to work ~ *vi* : to become joined or linked

**yoke·fel·low** \'yōk-,fel-(,)ō, -ə(-w)\ *n* (1526) : a close companion : MATE

**yo·kel** \'yō-kəl\ *n* [perh. fr. E dial. *yokel* green woodpecker, of imit. origin] (ca. 1812) : a naive or gullible inhabitant of a rural area or small town

**yolk** \'yōk, 'yelk (*in cultivated speech, esp Southern*), *also* 'yōlk, 'yōlk, 'yälk, 'yȯlk\ *also* **yoke** \'yōk\ *n* [ME *yolke*, fr. OE *geoloca*, fr. *geolu* yellow — more at YELLOW] (bef. 12c) **1 a** : the yellow spheroidal mass of stored food that forms the inner portion of the egg of a bird or reptile and is surrounded by the white — see EGG illustration **b** *archaic* : the whole contents of an ovum consisting of a protoplasmic formative portion and an inert nutritive portion **c** : material stored in an ovum that supplies food to the developing embryo and consists chiefly of proteins, lecithin, and cholesterol **2** [akin to MD *ieke* yolk (of wool), OE *ēowu* ewe] : oily material in unprocessed sheep wool consisting of wool fat, suint, and debris — **yolked** *adj* — **yolky** *adj*

**yolk sac** *n* (1861) : a membranous sac that is attached to an embryo and encloses food yolk, that is continuous in most forms through the vitelline duct with the intestinal cavity of the embryo, that being abundantly supplied with blood vessels is throughout embryonic life and in some forms later the chief organ of nutrition, and that in placental mammals is nearly vestigial and functions chiefly prior to the elaboration of the placenta

**yolk stalk** *n* (1900) : the narrow tubular stalk connecting the yolk sac with the embryo

**Yom Kip·pur** \,yōm-ki-'pü(ə)r, ,yōm-, ,yäm-; -'kip-ər, -(,)u̇(ə)r\ *n* [Heb *yōm kippūr*, fr. *yōm* day + *kippūr* atonement] (1903) : a Jewish holiday observed with fasting and prayer on the 10th day of Tishri in accordance with the rites described in Leviticus 16 — called also *Day of Atonement*

¹**yon** \'yän\ *adj* [ME, fr. OE *geon*; akin to OHG *ienēr*, adj., that, Gk *enē* day after tomorrow] (bef. 12c) : YONDER

²**yon** *pron, dial* (14c) : that or those yonder

³**yon** *adv* (15c) **1** : YONDER **2** : THITHER ⟨ran hither and ~⟩

¹**yond** \'yänd\ *adv* [ME, fr. OE *geond*; akin to OE *geon*] *archaic* (14c) : YONDER

²**yond** *adj, dial* (14c) : YONDER

¹**yon·der** \'yän-dər\ *adv* [ME, fr. *yond* + *-er* (as in *hither*)] (14c) : at or in that indicated more or less distant place usu. within sight

²**yonder** *adj* (14c) **1** : farther removed : more distant **2** : being at a distance within view or at a place or in a direction known or indicated

EGL0032969