# Exhibit 16

# Webster's II
## New College Dictionary

### THIRD EDITION

**Houghton Mifflin**
Boston • New York

EGL0033429

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 2005 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

ISBN-13: 978-0-618-39601-6
ISBN-10: 0-618-39601-2

Library of Congress Cataloging-in-Publication Data

Webster's II new college dictionary. -- 3rd ed.
      p. cm.
   ISBN 0-618-39601-2
   1.  English language--Dictionaries. I. Title: Webster's two new college dictionary. II. Title: Webster's 2 new college dictionary.
   PE1628.W55164  2005
   423--dc22

                                          2003057079


Manufactured in the United States of America

Illustration credits: Academy Artworks; Alan Witschonke; Carlyn Iverson; Cecile Duray-Bito; Chris Costello; Elizabeth Morales; Gail Piazza; Jerry Malone; Laurel Cook Lhowe; Library of Congress; Mapping Specialists, Ltd.; Office of Information, Dept. of the Navy, Washington, DC; Precision Graphics; Tech-Graphics

Case 1:16-cv-01111-WO-JEP   Document 45-2   Filed 09/07/17   Page 3 of 4

EGL0033430

**art•ist** (är′tĭst) *n.* [OFr. *artiste* < Ital. *artista* < *arte*, art < Lat. *ars*.] **1.** A creator of artistic works, esp. a painter, sculptor, or musician. **2.** One who performs one's work as if it were an art. **3.** An artiste.

**ar•tiste** (är-tēst′) *n.* [Fr. < OFr., artist.] A public performer or entertainer, esp. a singer or dancer.

**ar•tis•tic** (är-tĭs′tĭk) *adj.* **1.** Of or relating to art or artists. **2.** Appreciative or highly aware of art or beauty. **3.** Showing skill and artistry <an *artistic* floral arrangement> —**ar•tis′ti•cal•ly** *adv.*

**art•ist•ry** (är′tĭ-strē) *n.* **1.** Artistic ability, quality, or workmanship. **2.** The practice or occupation of an artist.

**art•less** (ärt′lĭs) *adj.* **1.** Without guile, cunning, or deceit : INGENUOUS. **2.** Free of artificiality : NATURAL. **3.** Lacking art or skill : CRUDE. **4.** Lacking culture : IGNORANT. —**art′less•ly** *adv.* —**art′less•ness** *n.*

**art•mo•bile** (ärt′mə-bēl′) *n.* A trailer for a traveling art exhibit.

**art nou•veau** (är′ nōō-vō′, ärt′) *n.* [Fr., new art.] A style of decoration and architecture of the late 19th and early 20th centuries, marked by the use of flowing, sinuous lines.

**Arts and Crafts Movement** *n.* A movement in architecture and the decorative arts in England and the United States from about 1870 to 1920, characterized by simplicity of design and the hand-crafting of objects from local materials.

**art song** *n.* A lyric song meant to be performed in recital and usu. accompanied by a piano.

**art•sy-craft•sy** (ärt′sē-krăft′sē) *adj. Informal.* Arty.

**art•work** (ärt′wûrk′) *n.* **1.** Work in the graphic or plastic arts, esp. small, handmade decorative or artistic objects. **2.** The illustrative and decorative elements of printed materials.

**art•y** (är′tē) *adj.* **-i•er, -i•est** *Informal.* Pretentiously or affectedly artistic. —**art′i•ly** *adv.* —**art′i•ness** *n.*

❖ **synonyms:** ARTY, ARTSY-CRAFTSY, CONTRIVED, PRECIOUS *adj. core meaning :* pretentiously artistic <*arty* movies>

**ar•um** (âr′əm, ăr′-) *n.* [NLat. *Arum*, genus name < Lat. < Gk. *aron*.] **1.** A plant of the genus *Arum*, bearing arrow-shaped leaves and small flowers on a spadix surrounded by or enclosed within a spathe. **2.** *also* **ar•um lily.** Any of several plants related to the arum, as the calla.

**a•rus•pex** (ə-rŭs′pĕks′) *n. var. of* HARUSPEX.

**-ary** *suff.* [ME *-arie* < OFr. < Lat. *-arius*, adj. and n. suffix.] **1.** Of or relating to <bacill*ary*> **2.** One that relates to or is connected with <bound*ary*>

**Ar•y•an** (âr′ē-ən, ăr′-) *n.* [Skt. *ārya-*, noble.] **1.** A member of the people who spoke the parent language of the Indo-European languages. No longer in technical use. **2.** A member of any people speaking an Indo-European language. No longer in technical use. **3.** Indo-Iranian. No longer in technical use. **4.** In Nazism and Neo-Nazism, a non-Jewish Caucasian, esp. one of Nordic type, supposed to be part of a master race. —**Ar′y•an** *adj.*

**ar•y•te•noid** (ăr′ĭ-tē′noid′, ə-rĭt′n-oid′) *adj.* [NLat. *arytaenoides*, shaped like a ladle < Gk. *arutainoeidēs*, shaped like a ladle (< *aruein*, to draw water) + *-eidēs*, shaped.] *Anat.* **1.** Of or relating to either of two small cartilages attached to the back of the larynx and to the vocal cords. **2.** Of or relating to any of three small muscles of the larynx. —*n.* An arytenoid cartilage or muscle. —**ar′y•te•noid′al** *adj.*

**†as¹** (ăz; əz *when unstressed*) *adv.* [ME < OE *ealswā*.] **1.** To the same extent or degree : EQUALLY. **2.** For instance <cooking spices, *as* cinnamon and cloves> —*conj.* **1.** To the same degree or quantity that. —Often used as a correlative after *so* or *as* <*as* good *as* gold> <not *so* smart *as* you think> **2.** In the same manner or way that <Do *as* we suggest.> **3.** At the same time that : WHILE. **4.** For the reason that : BECAUSE. **5.** That the outcome is <was so gullible *as* to believe it> **6.** Though <Exciting *as* the party was, I'm glad it's over.> **7.** *Informal.* That <I don't know *as* I will.> —*pron.* **1.** That : which : who. —Used after *same* or *such* <found the same answer *as* you> **2.** A fact that <The class was canceled, *as* you know.> **3.** *Regional.* Who or which <Those *as* are willing can help clean up.> —*prep.* **1.** In the role, capacity, or function of <serving *as* hostess> **2.** In a manner similar to : LIKE <My hands were *as* ice.> —**as is.** *Informal.* Just the way it is : without making changes.

**as²** (ăs) *n., pl.* **as•ses** (ăs′ēz′, ăs′ĭz) [Lat.] **1.** An ancient Roman coin of copper or copper alloy. **2.** A unit of weight in ancient Rome equal to about one troy pound.

**As** *symbol for* ARSENIC.

**as-** *pref. var. of* AD- **1.** —Used before *s.*

**as•a•fet•i•da** *also* **as•a•foet•i•da** (ăs′ə-fĕt′ĭ-də) *n.* [ME < Med. Lat. : *asa*, gum (< Pers. *azā*) + Lat. *fetida*, stinking. —see FETID.] A yellowbrown, bitter, malodorous resinous material that is derived from the roots of several plants of the genus *Ferula* and was formerly used medicinally.

**a•sa•na** (ä′sə-nə) *n.* [Sanskrit *āsanam*, a sitting posture < *āste*, he sits.] Any of various bodily positions that are assumed in yogic excercise.

**as•a•rum** (ăs′ə-rəm) *n.* [NLat. *Asarum*, genus name < Lat. wild spikenard < Gk. *asaron*.] The dried, strong-scented roots of the wild ginger, *Asarum canadense*, once used in medicine and as a flavoring.

**as•bes•tos** (ăs-bĕs′təs, ăz-) *n.* [Lat. < Gk., unquenchable : *a-*, not + *sbennunai*, to quench.] Either of two incombustible, chemical-resistant, fibrous mineral forms of impure magnesium silicate, used for fireproofing, electrical insulation, building materials, brake lin-

ings, and chemical filters. —**as•bes′tine** (-tĭn), **as•bes′tic** (-tĭk) *adj.* —**as•bes′tos** *adj.*

**as•bes•to•sis** (ăs′bĕs-tō′sĭs, ăz-) *n.* [ASBEST(OS) + -OSIS.] Chronic lung inflammation resulting from prolonged inhalation of asbestos particles. —**as′bes•tot′ic** (-tŏt′ĭk) *adj.*

**as•ca•ri•a•sis** (ăs′kə-rī′ə-sĭs) *n.* [ASCAR(ID) + -IASIS.] Infestation with nematode worms of the species *Ascaris lumbricoides.*

**as•ca•rid** (ăs′kə-rĭd) *n.* [NLat. *Ascaridae*, family name < Gk. *askaris*, intestinal worm.] A nematode worm of the family Ascaridae, as the common intestinal parasite *Ascaris lumbricoides.*

**as•cend** (ə-sĕnd′) *v.* **-cend•ed, -cend•ing, -cends** [ME *ascenden* < Lat. *ascendere* : *ad-*, toward + *scandere*, to climb.] —*vi.* **1.** To go or move upward : RISE. **2.** To slope upward. **3.** To rise from a lower level or station : ADVANCE. —*vt.* **1.** To move upward on or along : CLIMB <*ascended* the mountain> **2.** To come to occupy (a throne). —**as•cend′a•ble, as•cend′i•ble** *adj.*

**as•cen•dance** *also* **as•cen•dence** (ə-sĕn′dəns) *n.* Ascendancy.

**as•cen•dan•cy** *also* **as•cen•den•cy** (ə-sĕn′dən-sē) *n.* The state of being in the ascendant : DOMINATION <"Germany only awaits trade revival to gain an immense mercantile *ascendancy*" —Winston Churchill>

**as•cen•dant** *also* **as•cen•dent** (ə-sĕn′dənt) —*adj.* **1.** Moving or inclining upward : ASCENDING. **2.** Highest in position or influence : SUPERIOR. —*n.* **1.** The position or state of being dominant or in power. **2.** In astrology, the point of the ecliptic or the sign of the zodiac that rises in the east at the time of a particular event, as a person's birth. **3.** An ancestor.

**as•cend•er** (ə-sĕn′dər) *n.* **1.** One that ascends. **2a.** The part of certain lower-case letters, as *b*, that extends above most other lower-case letters. **b.** A letter with an ascender.



**as•cend•ing** (ə-sĕn′dĭng) *adj.* **1.** Going, moving, or growing upward. **2.** Moving or progressing toward a higher level or degree. —**as•cend′ing•ly** *adv.*

**as•cen•sion** (ə-sĕn′shən) *n.* [ME *ascensioin* < Lat. *ascensio* < *ascendere*, to ascend.] **1.** The act or process of ascending : ASCENT. **2.** The rising of a star above the horizon. **3.** **Ascension.** *Christianity.* The bodily rising of Jesus into heaven 40 days after the Resurrection. —**as•cen′sion•al** *adj.*

**Ascension Day** *n.* The 40th day after Easter, on which the Christian feast of the Ascension is observed.

**as•cent** (ə-sĕnt′) *n.* [< ASCEND.] **1.** The act or process of ascending. **2.** An advancement, esp. in social status. **3.** An upward slope or incline. **4.** A going back in time or genealogical succession.

**as•cer•tain** (ăs′ər-tān′) *vt.* **-tained, -tain•ing, -tains** [ME *acertainen*, to inform < OFr. *ascertener* : *a-*, to (< Lat. *ad-*) + *certain*, certain. —see CERTAIN.] **1.** To discover through experimentation or examination. **2.** *Archaic.* To make certain. —**as′cer•tain′a•ble** *adj.* —**as′cer•tain′a•ble•ness** *n.* —**as′cer•tain′a•bly** *adv.* —**as′cer•tain′ment** *n.*

**as•cet•ic** (ə-sĕt′ĭk) *n.* [Gk. *askētēs*, hermit < *askein*, to work.] One who leads a life of austere self-discipline, esp. as an act of religious devotion or penance. —**as•cet′ic** *adj.* —**as•cet′i•cal•ly** *adv.*

**as•cet•i•cism** (ə-sĕt′ĭ-sĭz′əm) *n.* **1.** The principles and practices of an ascetic : self-denial and austerity. **2.** The doctrine that the ascetic life releases the soul from bondage to the body and permits union with the divine.

**as•ci** (ăs′ī′, -kī′) *n., pl.* OF ASCUS.

**as•cid•i•an** (ə-sĭd′ē-ən) *n.* [< NLat. *Ascidia*, genus name < Gk. *askidion*, dim. of *askos*, wineskin.] Any of various saclike marine animals of the class Ascidiacea, including the sea squirts.

**as•cid•i•um** (ə-sĭd′ē-əm) *n., pl.* **-i•a** (-ē-ə) [NLat. < Gk. *askidion*, dim. of *askos*, wineskin.] *Bot.* A sac-shaped or bottle-shaped part or organ, as a leaf of a pitcher plant.

**ascidium**