# Exhibit 17

Case 1:16-cv-01111-WO-JEP Document 45-3 Filed 09/07/17 Page 1 of 4



EGL0032975

## The World Book Dictionary

© 1994, 1993, 1992, 1991, 1990, 1989, 1988 World Book, Inc.
All rights reserved. This volume may not be
reproduced in whole or in part in any form
without prior written permission from the publisher.

World Book, Inc.
525 W. Monroe
Chicago, IL 60661

Copyright © 1963, 1964, 1965, 1966, 1967, 1969, 1970, 1971, 1972,
1973, 1974, 1976, 1977, 1978, 1979, 1981, 1982, 1983, 1984, 1985, 1986, 1987, by Doubleday & Company, Inc.

All illustrations Copyright © 1976, by Field Enterprises Educational Corporation.

Special material preceding the dictionary, pages 7 through 122,
Copyright © 1963, 1964, 1965, 1967, 1968, 1969, 1970, 1975, 1976,
by Field Enterprises Educational Corporation; Copyright © 1984 by World Book, Inc.

The World Book Dictionary (previously The World Book
Encyclopedia Dictionary) is an integral unit of the
Thorndike-Barnhart Dictionary Series, and contains some
material in common with other dictionaries in the series:
Copyright © 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959,
1962, 1964, 1965, 1966, 1967, Philippines Copyright 1952, 1957,
by Scott, Foresman and Company.

Printed in the United States of America
ISBN 0-7166-0294-6
Library of Congress Catalog Card Number 93-60574

Trademarks or other proprietary names are
entered in this dictionary and so marked;
if the proper designation is missing,
no legal status should be assumed.

A/ID

EGL0032976

< *wilderne* wild ( < Old English *wildēoren* like wild beasts < *wilde* wild + *dēor* animal) + *-ness* -ness]

**wilderness area,** *U.S.* an area of virgin land 100,000 acres or more in extent, set apart by law as a national park.

**wild-eyed** (wīld′īd′), *adj.* 1 having wild eyes; staring wildly or angrily. 2 *Figurative.* senseless; irrational: *wild-eyed bigots, wild-eyed notions.*

**wild fig,** = caprifig.

**wildfire** (wīld′fīr′), *n.* 1 any one of certain substances easily set on fire whose flames could not be put out with water, formerly used in warfare. 2 any fire hard to put out. 3 sheet lightning without audible thunder; heat lightning. 4 = will-o'-the-wisp. 5 any one of various inflammatory, eruptive diseases, especially of sheep. 6 a bacterial wilt of tobacco plants. 7 *Obsolete.* erysipelas or a similar disease. 8 *Obsolete.* furious or destructive fire; conflagration.

like wildfire, very rapidly: *We can't keep up with the demand. . . . Sales are growing like wildfire* (Wall Street Journal).

**wild flax,** 1 = gold-of-pleasure. 2 = toadflax.

**wild flower,** or **wildflower** (wīld′flou′ər), *n.* 1 any uncultivated flowering plant. 2 the flower of such a plant.

**wild fowl,** 1 birds ordinarily hunted, such as wild ducks or geese, partridges, quails, and pheasants. 2 any such bird.

**wild-fowler** (wīld′fou′lər), *n.* a hunter of wild fowl: *Wild-fowlers will find much to interest them in the display of duck decoys* (New York Times).

**wild-fowling** (wīld′fou′ling), *n.* the hunting of wild fowl for sport.

**wild ginger,** an aromatic herb of the birthwort family with heart-shaped leaves, common in moist areas of temperate North America; false coltsfoot.

**wild goose,** any undomesticated goose, such as the graylag of Great Britain or the Canada goose of North America.

**wild-goose chase** (wīld′güs′), 1 a useless search or attempt; foolish or hopeless quest. 2 an erratic course taken or led by one person (or thing) and followed (or that may be followed) by another.

**wild honeysuckle,** 1 any one of several uncultivated varieties of honeysuckle. 2 = pinxter flower.

**wild horse,** 1 an untamed horse. 2 a domestic horse run wild, or a wild descendant of such a horse.

**wild hyacinth,** 1 a plant, a camass, of eastern North America, bearing white or blue flowers. 2 = bluebell.

**wild indigo,** any one of a group of American perennial plants of the pea family, especially a yellow-flowered species whose root is used as a purgative; false indigo.

**wildling** (wīl′ding), *n., adj.* —*n.* 1 a plant or animal that is wild or grows without cultivation. 2a a wild crab-apple tree. b its fruit. 3 a plant once cultivated but now growing wild; escape. 4 *Figurative.* a any person or thing that deviates from or refuses to conform with the multitude or norm of its type. b *Slang.* a violent group attack on strangers, for the sake of violence: *the random, apparently motiveless rampage . . . the suspects in the case call wilding* (New York Times). —*adj.* growing wild; wild.

**wildish** (wīl′dish), *adj.* somewhat wild.

**wildland** (wīld′land′), *n.* land in its natural state; uncultivated land.

**wild leek,** = ramp³.

**wild lettuce,** any uncultivated species of lettuce growing as a weed, especially a prickly-stemmed European species with yellow flower heads.

**wildlife** (wīld′līf′), *n., adj.* —*n.* animals and plants in the natural state, especially as they exist in national parks or other lands in the public domain, under government programs of conservation; wild animals: *The forest ranger is familiar with most of the wildlife of his state. Widespread use of DDT in strong concentrations endangers human beings as well as wildlife* (Science News Letter). —*adj.* of or for wildlife: *She is very interested in wildlife conservation.*

**wildlifer** (wīld′lī′fər), *n.* a person who strongly advocates the protection of wildlife.

**wildling** (wīld′ling), *n.* a wild plant or animal.

**wild madder,** 1 = madder (def. 1). 2 either of two bedstraws, especially the white bedstraw.

**wild mandrake,** = May apple.

**wild morning-glory,** = hedge bindweed.

**wild mustard,** = charlock.

**wild oats,** 1 Also, **wild oat.** any one of a group of grasses growing as weeds in meadows and other open areas, especially a tall grass resembling the cultivated oat. 2 *Figurative.* youthful dissipation.

sow one's wild oats, to indulge in youthful dissipation before settling down in life: *A young man must sow his wild oats and reform* (Frederick W. Robertson).

**wild olive,** 1 any one of various trees resembling the olive or bearing similar fruit. 2 the wild variety of the cultivated olive, having more or less thorny branches and small, worthless fruit; oleaster.

**wild pansy,** the common pansy, occurring as a weed, especially in grainfields and other open areas, with small flowers compounded of purple, yellow, and white; heartsease; Johnny-jump-up; love-in-idleness.

**wild parsley,** any one of several weeds of the parsley family, with foliage like that of the parsley.

**wild parsnip,** a weed of the parsley family, found in Europe and America, from which the cultivated parsnip originated.

**wild peach,** any one of a group of American trees or shrubs of the rose family, especially the cherry laurel.

**wild pink,** a catchfly or campion of eastern North America, with notched petals and white or pink flowers.

**wild pitch,** *Baseball.* a ball pitched out of control that the catcher cannot stop and that results in a base runner advancing.

**wild rice,** a North American aquatic grass, whose grain is used for food.

**wild rose,** any one of various roses that grow wild, such as the sweetbrier and dog rose.

**wild rubber,** rubber from trees growing wild, especially from a Brazilian species.

**wild rye,** any one of a group of grasses that resemble rye.

**wilds** (wīldz), *n.pl.* See under **wild.**

**wild sage,** = red sage.

**wild senna,** a plant growing in the eastern United States that is three or four feet high, has yellow flowers, and whose dried leaves are used as a laxative.

**wild service tree,** = service tree.

**wild silk,** = tussah (def. 1).

**wild spinach,** any one of several plants occasionally used as a spinach substitute.

**wild strawberry,** 1 any one of various wild varieties of strawberry, from which the cultivated forms have been developed. 2 their reddish, edible fruit.

**wild thyme,** a creeping evergreen of the mint family.

**wild-track** (wīld′trak′), *adj.* of or having to do with a sound track that intentionally diverges from or does not synchronize with the action shown on film: *A simple, straightforward commentary and some "wild-track" recording of music and dialogue (one wonders if the dialogue actually relates to the scenes one is witnessing) add to the realism of the visuals* (New Scientist).

**wild turkey,** any one of various nondomesticated American turkeys, especially one living in the woodlands of the eastern and southern United States and Mexico, which closely resembles the common domestic turkey that was developed from it.

**wild-type** (wīld′tīp′), *adj. Genetics.* of or belonging to the normal strain or ordinary type of an organism, as distinguished from a mutant strain or type: *a wild-type gene, a wild-type virus.*

**wild vanilla,** a perennial composite herb of the southeastern United States, whose leaves smell like vanilla.

**wildwater** (wīld′wôt′ər, -wot′-), *n.* water with strong currents; turbulent part of a stream: *a canoeing race in wildwater.*

**wild West** or **Wild West,** the western United States during pioneer days.

**wildwood** (wīld′wüd′), *n.* trees growing in their natural state; forest.

**wild yam,** any one of several yams growing wild.

**wile** (wīl), *n., v.,* **wiled, wiling.** —*n.* 1 a trick to deceive; cunning way; ruse; stratagem: *The witch by her wiles persuaded the prince to go with her.* 2 subtle trickery; slyness; craftiness. —*v.t.* to coax; lure; entice: *The sunshine wiled me from my work.*

wile away, to while away; pass easily or pleasantly: *I was reading a book tonight, to wile the time away* (Dickens). [Middle English *wil* wile, trick. Ultimately related to guile.]

**wilful** (wil′fəl), *adj.* = willful. —**wil′fulness,** *n.*

**wilfully** (wil′fə lē), *adv.* = willfully.

**wilga** (wil′gə), *n.* an Australian tree of the rue family, yielding a hard, aromatic wood. [ < a native Australian name]

**will¹** (wil; *unstressed* wəl), *v., pres. indic. sing.,* 1st *and* 3rd *pers.* will, 2nd will *or* (Archaic) wilt, 3rd will, *pl.* will; *past tense sing.* 1st *and* 3rd *pers.* would, 2nd would *or* (Archaic) wouldst, *pl.* would; *pp.* (Obsolete) would *or* wold (wōld); *imperative and infinitive lacking.* —*auxiliary v.* (with infinitive without *to*): 1 am going to; is going to; are going to: *They will come tomorrow.* 2 am willing to; is willing to; are willing to: *I will go if you do. People will read what is well written.* 3 be able to; can; may: *This pail will hold four gallons.*

One hour will be enough time to finish the work. 4 must: *Don't argue with me; you will do it at once!* 5 do often or usually: *She will read for hours at a time.* —*v.t., v.i.* to wish, desire, want, or be willing: *We cannot always do as we will.* [Old English *willan*]

►**will, shall.** The usage of *will* and *shall* is not uniform in English, differing mainly in formal English (where the rules of prescriptive grammarians are followed more or less consistently) and in informal English (where these rules are virtually ignored).

1 *Formal usage.* **a** *Simple future.* Shall is used in the first person, *will* in the second and third: First person: *I shall ask, we shall ask.* Second person: *you will ask, you will ask.* Third person: *he, she will ask, they will ask.* In questions, *shall* is used in the first person, *will* in the third, and *shall* in the second, provided the expected answer contains *shall: Shall you go?* Expected answer: *I shall* (not *will*) *go.* **b** *Determination or obligation.* In declarative sentences, the use of *shall* and *will* is the reverse of that noted above: First person: *I will ask, we will ask.* Second person: *you shall ask, you shall ask.* Third person: *he, she shall ask, they shall ask.* 2 *Informal usage.* **a** *Simple future.* In writing as well as in speech, the prevailing use in the United States, and in many other parts of the English-speaking world, is *will* in all persons: *I will ask, you will ask, he will ask, . . .* In questions, *shall* is usual in the first person, and *will* in the second and *third,* but practice is not consistent: *Shall I go? Will you go? What will he do with it?* In the negative, *won't,* rather than *shan't,* is usual: *Won't I look funny in that? What won't he think of next?* In contractions, *'ll* is used for *shall* and *will* (*I'll, you'll, he'll*). *Won't* is used for *will not* and *shan't* for *shall not.* **b** *Determination or obligation.* In spoken English, determination is expressed by stressing *shall* (or *will*). In written English, there is a growing tendency to express it by using *shall* in all persons: *I, you, he, she, we, you, they shall ask.*

**will²** (wil), *n., v.,* **willed, willing.** —*n.* 1 the power of the mind to decide and do; deliberate control over thought and action: *A good leader must have a strong will. The will of man is by his reason swayed* (Shakespeare). 2 the act of choosing to do something, sometimes including also all deliberation that precedes making the choice; volition: *He strove to speak, but no voice answered his will* (George P. R. James). 3 purpose; determination: *a will to live, a will to win.* SYN: resolution, decision. 4 a wish; desire: *Thy will be done* (Lord's Prayer). *This boundless will to please* (A. E. Housman). SYN: inclination, preference, choice. 5 an order, command, or decree: *My will is law* (Tennyson). 6 what is chosen to be done; (one's or its) pleasure: *Leaving misrule and violence to work their will among men* (John Ruskin). 7a a legal statement of a person's wishes about what shall be done with his property after he is dead. b the written document containing such a statement. c (formerly) a statement of a person's wishes regarding the disposal of his real property after his death, his personal property being disposed of by testament. 8 feeling toward another: *Most people feel good will toward their friends and ill will toward their enemies.* 9 *Obsolete.* carnal desire; lust. [Old English *will, willa*] —*v.t.* 1 to decide by using the power of the mind; use the will: *She willed to keep awake.* 2 to determine; decide: *Fate has willed it otherwise.* SYN: purpose, intend. 3 to influence or try to influence by deliberate control over thought and action, as by hypnotism: *She willed the person in front of her to turn around.* 4 to give or dispose of by a will: *He willed all his property to his two daughters.* SYN: bequeath. 5 *Archaic.* to wish; desire. 6 *Archaic.* to request or entreat; command or decree. —*v.i.* to use the will.

against one's will, unwillingly; in opposition to one's own inclination or to another's wish: *to force a child to eat against his will. He that complies against his will is of his own opinion still* (Samuel Butler).

at will, whenever or wherever one wishes: *to allow a President, in case of disability, to delegate whatever powers he thinks necessary to the Vice-President, and to terminate this voluntary delegation of power at will* (Newsweek).

do the will of, to obey: *to do the will of one's parents.*

with a will, with energy and determination: *He got to work with a will and in one afternoon cleaned out the attic.* [Old English *willian* < *will,* noun] —**will′er,** *n.*

**willable** (wil′ə bəl), *adj.* that can be willed.

**willaya** (wi lä′yə), *n.* = wilaya.

EGL0032978