# Exhibit 18



EGL0032930

Case 1:16-cv-01111-WO-JEP    Document 45-4    Filed 09/07/17    Page 2 of 4

Oxford University Press

Oxford   New York
Athens   Auckland   Bangkok   Bogota   Bombay
Buenos Aires   Calcutta   Cape Town   Dar es Salaam
Delhi   Florence   Hong Kong   Istanbul   Karachi
Kuala Lumpur   Madras   Madrid   Melbourne
Mexico City   Nairobi   Paris   Singapore
Taipei   Tokyo   Toronto

and associated companies in
Berlin   Ibadan

Copyright © 1968, 1972, 1985, 1990, 1997 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.
198 Madison Avenue, New York, New York 10016

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data
King, Robert C., 1928–
A dictionary of genetics / Robert C. King. William D. Stansfield.
—5th ed.  p. cm.   Includes bibliographical references.
ISBN 0-19-509441-7; ISBN 0-19-509442-5 (pbk.)
1. Genetics—Dictionaries.   I. Stansfield, William D., 1930–
II. Title.   QH427.K55   1996   575.1'03—dc20       95-26845

Printed in the United States of America
on acid-free paper

Genetics is the most
stimulated so many
The fact that genetic
engineers, mathemat
tists of diverse back
reasons for its prodi
proliferation in term
beginning students ;
geneticists.

Geneticists use m;
dictionaries or dictio
from molecular and ;
the literature of hu
and mutagenesis are
physics. Thus, to be
define not only word
**operon,** but terms ai
**retinoblastoma,** and
plies, since we atten
nongenetic terms thai
the text is made up c
drawings or tables.

Scientific papers a;
that are studied by ge
author is referring to
that "**Oenothera** is a
may not know where
placed, in alphabetica
many of the species
identified by a comm
priate. Often, an orga
gated because it has ;
lems. In such cases, a
in Appendix A, a clas;

EGL0032931



$$\begin{array}{ccc} CH_3 & CH_3 \\ | & | \\ C-C\!-\!C \\ | & | & | \\ H & H & CH_3 \end{array}$$

# W

hosphatase. Inherited as an au-
revalence 1/100,000.

ease the most common blood
umans. It is due to a deficiency
id factor (vWF), which is syn-
lial cells and megakaryocytes.
multimers made up of mono-
3 2,050 amino acids. The vWF
a precursor molecule contain-
ds. The antihemophilic factor
nely susceptible to proteolytic
plasma, vWF combines with
If vWF is reduced because of
e *vWF* gene, there is also a
AHF. *See* blood clotting, he-

or (*vWF*) gene a gene lo-
short arm of human chromo-
les the vWF. The gene is 178
d contains 52 exons. The first
ignal peptide and the propoly-
3 35 exons encode the mature
oncoding region of the pre-
'illebrand patients have one
one gene carrying a missense
n the ORF. They make about
of vWF, and their disease is
ites occur at a frequency of
dividuals. Homozygotes are
in a million), and they bleed
jured.

1 sarcoma virus.

sarcoma virus.

vheat.

d fox, a species bred on a
for its pelt. Numerous muta-
lor are known.

**Wahlund effect** the tendency for a large popula-
tion that is subdivided into many small panmictic
units with different gene frequencies to exhibit a
deficiency of heterozygotes and an excess of homo-
zygotes in comparison with expectations from
applying the Hardy-Weinberg formula utilizing
gene frequencies averaged from all subgroups. The
phenomenon, discovered by S. Wahlund, is the re-
sult of inbreeding within each subgroup.

**Wallace effect** the hypothesis put forth by Alfred
Russel Wallace that natural selection favors the
evolution of mechanisms that ensure the reproduc-
tive isolation of sexual populations that have
reached the level of elementary biological species.
Reproductive isolation prevents the production of
sterile hybrids which compete for food reserves.

*waltzer* one of the many neurological mutants in
the laboratory mouse. Homozygotes are deaf and
characteristically show a circling and head shaking
behavior.

**Waring blender** an electric kitchen appliance
used to homogenize mixtures, but used in the labo-
ratory to generate the shearing forces required to
detach conjugating bacteria; to strip bacteriophages
or their "ghosts" from host cell surfaces, to homog-
enize tissue samples, etc. *See* interrupted mating
experiment, shearing.

**warning coloration** conspicuous colors or mark-
ings on an animal that is poisonous, distasteful, or
similarly defended against predators. Such color-
ation is presumed to facilitate learning, on the part
of predators, to avoid the possessor of such mark-
ings.

**Watson-Crick model** *See* deoxyribonucleic
acid.

**wax** any esters of fatty acids and long-chain
monohydroxyalcohols.

**weak interactions** forces between atoms, such as
ionic bonds, hydrogen bonds, and van der Waals
forces, which are weak relative to covalent bonds
(*q.v.*).

**weighted mean** the mean obtained when different
classes of observations or quantities are given dif-
ferent weights (are multiplied by different factors)
in the calculation.

**Weismannism** the generally accepted concept
proposed by August Weismann that acquired char-
acters are not inherited and that only changes in the
germ plasm are transmitted from generation to gen-
eration. *See* Appendix C, 1883, Weismann.

**western blotting** *See* Southern blotting.

**wheat** the world's most important grain crop, pro-
duced by species of the genus *Triticum*. Wheat spe-
cies are generally grouped together on the basis of
their chromosome numbers. The einkorn wheats are
diploids (N = 7), the emmer wheats are tetraploids
(N = 14), and the vulgare wheats are hexaploids
(N = 21). The hexaploids, of which *T. aestivum* is
the most common example, contain three genomes,
A, B, and D, each of which is composed of a set of
seven pairs of nonhomologous chromosomes. The
A, B, and D genomes were derived from *Triticum
monococcum. T. searsii,* and *T. tauschii,* respec-
tively. *See* Aegilops, durum, einkorn, emmer,
spelt, wild einkorn, and wild emmer wheat.

**White Leghorn** *See* plumage pigmentation
genes.

**White Plymouth Rock** *See* plumage pigmenta-
tion genes.

**whole-arm fusion, whole-arm transfer** *See* cen-
tric fusion.

**wild type** the most frequently observed pheno-
type, or the one arbitrarily designated as "normal."
Often symbolized by "+" or "wt."

**wild-type gene** the allele commonly found in na-
ture or arbitrarily designated as "normal."

**Williston's rule** during evolution of the serially
repeated parts of an organism, the number of such
parts tends to diminish as the remaining parts diver-
sify in response to division of labor.

**Wilms tumor** a malignant kidney tumor of chil-
dren often associated with deletions in the short arm
of chromosome 11. The *WT1* gene, located at
11p13, encodes specific proteins synthesized during
the development of the genitourinary tract. Four dif-
ferent proteins are produced by alternative splicing
(*q.v.*) of *WT1* mRNA. These proteins contain zinc
fingers which bind to and prevent transcription of
certain genes that encode growth factors. *See* anti-
oncogenes, zinc finger proteins.

363

EGL0032935