# Exhibit 19

# THE PENGUIN DICTIONARY OF

# Biology

## TENTH EDITION



# M. THAIN AND M. HICKMAN

EGL0033323

*For Wendy, Avril and Harry, and Margaret*

PENGUIN BOOKS

Published by the Penguin Group
Penguin Books Ltd, 27 Wrights Lane, London w8 5TZ, England
Penguin Putnam Inc., 375 Hudson Street, New York, New York 10014, USA
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Ltd, 10 Alcorn Avenue, Toronto, Ontario, Canada M4V 3B2
Penguin Books (NZ) Ltd, Private Bag 102902, NSMC, Auckland, New Zealand

Penguin Books Ltd, Registered Offices: Harmondsworth, Middlesex, England

First published as *The Penguin Dictionary of Biology*, 1951
Second edition 1954
Third edition 1957
Fourth edition 1961
Fifth edition 1966
Sixth edition 1973
Seventh edition 1980
Eighth edition, entitled *The New Penguin Dictionary of Biology*, 1990
Reprinted with amendments 1991, 1992
Reprinted, with amendments, as *The Penguin Dictionary of Biology*, 1992
Ninth edition 1994
Reprinted with minor revisions 1995, 1996
Tenth edition 2000
10 9 8 7 6 5 4 3 2 1

Copyright © M. Abercrombie, C. J. Hickman and M. L. Johnson, 1951, 1954, 1957, 1961, 1966, 1973, 1980
Copyright © Michael Thain, the Estate of M. Abercrombie, the Estate of C. J. Hickman and the Estate of M. L. Johnson, 1990, 1991, 1992, 1994, 1995, 1996, 2000
All rights reserved

The acknowledgements on pages vii–x constitute an extension of this copyright page

Set in 7/9 pt ITC Stone
Typeset by Rowland Phototypesetting Ltd, Bury St Edmunds, Suffolk
Printed in England by Clays Ltd, St Ives plc

Except in the United States of America, this book is sold subject
to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out, or otherwise circulated without the publisher's
prior consent in any form of binding or cover other than that in
which it is published and without a similar condition including this
condition being imposed on the subsequent purchaser

Case 1:16-cv-01111-WO-JEP   Document 45-5   Filed 09/07/17   Page 3 of 5

EGL0033324

spinal cord to the cerebellum and cerebral cortex. When muscle contracts these impulses are inhibited. Responsiveness of the spindle can be altered by central control from the reticular formation of the midbrain: each spindle can be made to contract even when its muscle is not contracting, thus enabling regulation of the rate of muscle contraction in response to different loads. Increased spindle firing due to muscle stretch will result in reflex muscle contraction and reduced spindle firing. The nerve circuitry is quite complex and involves inhibitory and excitatory loops.

**mushroom** Common name for the edible fruiting bodies of fungi belonging to the Agaricaceae (BASIDIOMYCOTA).

**mutagen** Any influence capable of increasing MUTATION rate. Usual effect is chemical alteration, addition, substitution or dimerization of one or more bases or nucleotides of the genetic material (DNA or RNA). Chemical mutagens include: nitrous acid, which deaminates adenine to hypoxanthine and cytosine to uracil; base analogues such as 5-bromouracil and 2-amino purine, which are incorporated into DNA but have slightly different base pairing properties; acridine dyes, which become lodged in the DNA helix and interfere with its replication, causing an extra base to be inserted (frameshift mutation); ALKYLATING AGENTS, formaldehyde, 1-nitropyrene, dinitropyrenes (see POLLUTION), mustard gas and aflatoxin. ETHIDIUM BROMIDE causes non-enzymic (photochemical) nicking of double-stranded DNA. Physical mutagens include: ULTRAVIOLET IRRADIATION, X-RAY IRRADIATION and beta and gamma irradiation. *In vitro* mutagenesis is now routinely used to modify existing gene products. In site-directed mutagenesis, a synthetic oligonucleotide is used to achieve GENE CONVERSION in a plasmid prior to introduction into its *Escherichia coli* host. Alternatively, wild-type sequences can be removed from a plasmid and the desired mutant sequence (cassette) ligated in instead. See AMES TEST, CARCINOGEN, *IN VITRO* MUTAGENESIS.

**mutant** An individual, stock or population expressing a MUTATION.

**mutation** Alteration in the arrangement, or amount, of genetic material of a cell or virus. They may be classified as either *point mutations*, involving minor changes in the genetic material (often single base-pair substitutions), or *macromutations* (e.g. deletions), involving larger sections of chromosome. Mutations often occur during DNA replication, may involve TRANSPOSABLE ELEMENTS and TRANSPOSONS and commonly involve enzyme activity. Precise definition of the term is difficult if one wishes to exclude such phenomena as CROSSING-OVER and other forms of recombination (see, e.g., EXONS, ANTIBODY DIVERSITY).

The effects of macromutations on chromosome structure are often visible during mitosis and meiosis and include INVERSION, TRANSLOCATION, DELETION, DUPLICATION (see TRANSPOSABLE ELEMENT) and POLYPLOIDY. NON-DISJUNCTION produces chromosome imbalance (e.g. aneuploidy). Whereas point mutations commonly cause amino acid substitutions in the polypeptide encoded by the gene and often have minor effects on gene function, macromutations (especially if they involve deletions) commonly lead to syndromes of abnormalities which seriously reduce FITNESS, and are more often lethal. Many point mutations fail to result in amino acid substitutions because the GENETIC CODE is degenerate. Others, though altering amino acid sequence, either have little effect or only partially inactivate gene function (as in *leaky* auxotrophs of fungi and bacteria). But a single amino acid replacement in a critical position can abolish an enzyme's activity. One type of radical effect that can follow from a single base-pair substitution is the creation of STOP CODON within the open reading frame, usually rendering the translation product useless. Mutations creating stop codons (*nonsense* mutations) can often be phenotypically suppressed by compensating mutations in the anticodon sequence of tRNA molecules (*suppressor mutations*). *Frameshift mutations* are nucleotide additions and deletions not involving a multiple of three base-pairs,

Case 1:16-cv-01111-WO-JEP   Document 45-5   Filed 09/07/17   Page 4 of 5

EGL0033325

which move the 'reading frame' of tRNA to the left or right during the translation phase of PROTEIN SYNTHESIS. These usually have drastic effects on gene function. *Mis-sense mutations* arise when a DNA sequence transcribed into a codon specifying one amino acid is altered so that it specifies another. The effect depends upon the importance to the final product of the original amino acid. One such is a cause of ALZHEIMER'S DISEASE. Most mutations lead to partial or complete loss of functional gene product and are recessive to wild-type alleles, normal gene product normally being produced in amounts sufficient for function even when the allele is present in single dose. However, *loss-of-function mutations* are those causing the normal allele (now present in single dose) to produce inadequate product for normal phenotype (*haplo-insufficiency*, or *haplo-lethality*) and therefore tend to have a dominant effect on phenotype. *Null mutations* are extreme cases, where all function is lost. *Gain-of-function mutations*, such as constitutively active alleles, tend either to cause overproduction of normal gene-product or production of novel or toxic gene products and tend also to have dominant effects on phenotype – esp. if key regulatory genes. Gain-of-function mutations are often expressed in tissues where that gene is not usually transcribed. *Mutation 'hot spots'*, consisting largely of trinucleotide repeat sequences, have been identified in numerous human disease-causing genes. Unstable, they arise during mitosis or meiosis and can increase stochastically in copy number, producing somatic or germ-line mosaicism. See DOSAGE COMPENSATION.

A distinction may be made in some multicellular organisms between mutations occurring in body cells (somatic mutations), and those occurring in GERM LINE cells. Only the latter can normally be inherited and play a part in evolution (but see POLYPLOIDY).

By themselves, mutations do not normally direct the path of evolution: there is no 'mutation pressure'; rather, they provide the heritable variation upon which selection may act. It is usually accepted that mutations are random with respect to requirements of the cells or organisms in which they arise; but debate is developing as to whether or not some bacterial populations can respond to selection pressure by increasing the frequency of mutation rates for favourable genes. It now looks as though, when *E. coli* is subjected to unfavourable conditions (e.g. lactose starvation), it enters a 'hypermutable' state in which mutations arise randomly with respect to the adaptive benefit of the bacterium, although some such mutations may actually be adaptive. See MUTAGEN, GENE CONVERSION, GENETIC VARIATION, MOLECULAR CLOCK, NEO-LAMARCKISM, REPLICA PLATING.

**mutation load**　The extent to which mutation impairs average population fitness. 'Other factors being equal', if a new mutation exhibits partial dominance, with large heterozygous effects, calculation shows that the mutation load is twice the allele's mutation rate per gamete (i.e. $2\mu$). If recessive, it is equal to $\mu$. Mutation load is proportional to mutation rate, not to the selective disadvantage of individual mutant alleles. See MULLER'S RATCHET.

**mutation rate**　The frequency with which MUTATIONS arise in populations of organisms or in tissue culture. Experiments suggest that an average of about one base-pair changes 'spontaneously' per $10^9$ base-pair replications. If proteins are, on average, encoded by about $10^3$ base-pairs then it would take about $10^6$ cell generations before the protein contained a mutation. See MOLECULAR CLOCK, MUTAGEN.

**mutual interference**　Interference amongst predators leading to a reduction in the consumption rate of individual predators, which increase with predator density. See PSEUDOINTERFERENCE.

**mutualism**　See SYMBIOSIS.

**mycelium**　Collective term for mass of fungal hyphae constituting vegetative phase of the fungus; e.g. mushroom spawn. Some bacteria (e.g. Actinobacteria) have mycelial vegetative forms.

Case 1:16-cv-01111-WO-JEP　Document 45-5　Filed 09/07/17　Page 5 of 5

EGL0033326