# Exhibit 20



Saladin

# Anatomy
# Physiology

### The Unity of Form and Function

### Third Edition

Case 1:16-cv-01111-WO-JEP    Document 45-6    Filed 09/07/17    Page 2 of 4

EGL0033333

The McGraw-Hill Companies

ANATOMY & PHYSIOLOGY: THE UNITY OF FORM AND FUNCTION
THIRD EDITION

Published by McGraw-Hill, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY 10020. Copyright © 2004, 2001, 1998 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

International    1 2 3 4 5 6 7 8 9 0 VNH/VNH 0 9 8 7 6 5 4 3 2
Domestic        1 2 3 4 5 6 7 8 9 0 VNH/VNH 0 9 8 7 6 5 4 3 2

ISBN 0-07-242903-8
ISBN 0-07-121423-2 (ISE)

Publisher: *Martin J. Lange*
Sponsoring editor: *Michelle Watnick*
Marketing manager: *James F. Connely*
Director of development: *Kristine Tibbetts*
Senior project manager: *Mary E. Powers*
Senior production supervisor: *Laura Fuller*
Lead media project manager: *Audrey A. Reiter*
Senior media technology producer: *Barbara R. Block*
Designer: *K. Wayne Harms*
Cover/interior designer: *Nathan Bahls*
Cover photograph: *EyeWire Collection/Gettyimages*
Cover illustration: *Imagineering STA Media Services, Inc.*
Senior photo research coordinator: *John C. Leland*
Photo research: *Mary Reeg*
Supplement producer: *Brenda A. Ernzen*
Freelance developmental editor: *Terri Schiesl*
Compositor: *Carlisle Communications, Ltd.*
Typeface: *10/12 Melior*
Printer: *Von Hoffmann Press, Inc.*

The credits section for this book begins on page C-1 and is considered an extension of the copyright page.

**Library of Congress Cataloging-in-Publication Data**

Saladin, Kenneth S.
    Anatomy & physiology : the unity of form and function/Kenneth S. Saladin.—3rd ed.
        p. cm.
    Includes index.
    ISBN 0-07-242903-8 (hbk. : alk. paper)
    1. Human physiology.   2. Human anatomy.   I. Title: Anatomy and physiology.   II. Title.

QP34.5 .S23  2004
612—dc21
                                                        2002011274
                                                        CIP

INTERNATIONAL EDITION ISBN 0-07-121423-2
Copyright © 2004. Exclusive rights by the McGraw-Hill Companies, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is sold my McGraw-Hill. The Internatioanl Edition is not available in North America.

www.mhhe.com

Case 1:16-cv-01111-WO-JEP   Document 45-6   Filed 09/07/17   Page 3 of 4

EGL0033334

# Errors and Mutations

DNA polymerase is fast and accurate, but it makes mistakes. For example, it might read A and place a C across from it where it should have placed a T. In *Escherichia coli,* a bacterial species in which DNA replication has been most thoroughly studied, about three errors occur for every 100,000 bases copied. At this rate of error, every generation of cells would have about 1,000 faulty proteins, coded for by DNA that had been miscopied. To help prevent such catastrophic damage to the organism, the DNA is continuously scanned for errors. After DNA polymerase has replicated a strand, a smaller polymerase comes along, "proofreads" it, and makes corrections where needed—for example, removing C and replacing it with T. This improves the accuracy of replication to one error per billion bases—only one faulty protein for every 10 cell divisions (in *E. coli*).

Changes in DNA structure, called **mutations,**[1] can result from replication errors or environmental factors. Uncorrected mutations can be passed on to the descendants of that cell, but some of them have no adverse effect. One reason is that a new base sequence sometimes codes for the same thing as the old one. For example, ACC and ACG both code for threonine (see table 4.2), so a mutation from C to G in the third place would not change protein structure. Another reason is that a change in protein structure is not always critical to its function. For example, humans and horses differ in 25 of the 146 amino acids that make up their $\beta$ hemoglobin, yet the hemoglobin is fully functional in both species. Some mutations, however, may kill a cell, turn it cancerous, or cause genetic defects in future generations. When a mutation changes the sixth amino acid of $\beta$ hemoglobin from glutamic acid to valine, for example, the result is a crippling disorder called sickle-cell disease. Clearly some amino acid substitutions are more critical than others, and this affects the severity of a mutation.

# The Cell Cycle

Most cells periodically divide into two daughter cells, so a cell has a life cycle extending from one division to the next. This **cell cycle** (fig. 4.12) is divided into four main phases: $G_1$, $S$, $G_2$, and $M$.

$G_1$ is the **first gap phase,** an interval between cell division and DNA replication. During this time, a cell synthesizes proteins, grows, and carries out its preordained tasks for the body. Almost all of the discussion in this book relates to what cells do in the $G_1$ phase. Cells in $G_1$ also begin to replicate their centrioles in preparation for the next cell division and accumulate the materials needed to

[1]*muta* = change



**Figure 4.12**  The Cell Cycle.

replicate their DNA in the next phase. In cultured cells called fibroblasts, which divide every 18 to 24 hours, $G_1$ lasts 8 to 10 hours.

**S** is the **synthesis phase,** in which a cell carries out DNA replication. This produces two identical sets of DNA molecules, which are then available, like the centrioles, to be divided up between daughter cells at the next cell division. This phase takes 6 to 8 hours in cultured fibroblasts.

$G_2$, the **second gap phase,** is a relatively brief interval (4 to 6 hours) between DNA replication and cell division. In $G_2$, a cell finishes replicating its centrioles and synthesizes enzymes that control cell division.

**M** is the **mitotic phase,** in which a cell replicates its nucleus and then pinches in two to form two new daughter cells. In cultured fibroblasts, the M phase takes 1 to 2 hours. The details of this phase are considered in the next section. Phases $G_1$, S, and $G_2$ are collectively called **interphase**—the time between M phases.

The length of the cell cycle varies greatly from one cell type to another. Stomach and skin cells divide rapidly, bone and cartilage cells slowly, and skeletal muscle cells and nerve cells not at all (see insight 4.3). Some cells leave the cell cycle for a "rest" and cease to divide for days, years, or the rest of one's life. Such cells are said to be in the $G_0$ **(G-zero) phase.** The balance between cells that are actively cycling and those standing by in $G_0$ is an important factor in determining the number of cells in the body. An inability to stop cycling and enter $G_0$ is characteristic of cancer cells (see insight 4.4 at the end of the chapter).

Case 1:16-cv-01111-WO-JEP    Document 45-6    Filed 09/07/17    Page 4 of 4

EGL0033335