# Exhibit 21

*Goldman*
*Bennett*

CECIL

# TEXTBOOK of MEDICINE

Drazen
Gill
Griggs
Kokko
Mandell
Powell
Schafer

Case 1:16-cv-01111-WO-JEP   Document 45-7   Filed 09/07/17   Page 2 of 5

EGL0033318

**W.B. SAUNDERS COMPANY**
*A Harcourt Health Sciences Company*

The Curtis Center
Independence Square West
Philadelphia, Pennsylvania 19106

### Library of Congress Cataloging-in-Publication Data

Cecil textbook of medicine/edited by Lee Goldman, J. Claude Bennett.—21st ed.
   p.   cm.

Includes bibliographical references and index.

ISBN 0-7216-7995-1

1. Internal medicine.   I. Cecil, Russell L. (Russell La Fayette), 1881-1965.
   II. Goldman, Lee, MD.   III. Title: Textbook of medicine.
   [DNLM: 1.   Medicine. WB 100 C3888 2000]

RC46.C423    2000    616—dc21

DNLM/DLC                                                98-52751

**Material in the chapters listed below is in the public domain.**

| | |
|---|---|
| *Chapter 15* | "Immunization," by Walter A. Orenstein. |
| *Chapter 20* | "Electrical Injury," by Cleon W. Goodwin. |
| *Chapter 47* | "Pathophysiology of Heart Failure," by Barry M. Massie. |
| *Chapter 160* | "Aplastic Anemia and Related Bone Marrow Failure Syndromes," by Neal S. Young. |
| *Chapter 220* | "Wilson Disease," by William A. Gahl. |
| *Chapter 261* | "Mineral and Bone Homeostasis," by Stephen J. Marx. |
| *Chapter 280* | "Mastocytosis," by Dean D. Metcalfe. |
| *Chapter 333* | "Diphtheria," by Roland W. Sutter. |
| *Chapter 390* | "Viral Gastroenteritis," by Albert Z. Kapikian. |

CECIL TEXTBOOK OF MEDICINE

ISBN 0-7216-7995-1 Set (Vols. 1 & 2)
ISBN 0-7216-7996-X Single volume

Copyright © 2000, 1996, 1991, 1988, 1985, 1982, 1979, 1975, 1971, 1963, 1959, 1955 by W.B. Saunders Company.

Copyright © 1951, 1947, 1943, 1940, 1937, 1933, 1930, 1927 by W.B. Saunders Company.

Copyright renewed 1991 by Paul Beeson.

Copyright renewed 1979 by Russell L. Cecil and Robert F. Loeb.

Copyright renewed 1987, 1975, 1971, 1965, 1961, 1958, 1955 by W.B. Saunders Company.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Printed in the United States of America.

Last digit is the print number:    9    8    7    6    5    4    3    2

Case 1:16-cv-01111-WO-JEP   Document 45-7   Filed 09/07/17   Page 3 of 5

EGL0033319



**FIGURE 31-1** ◙ The flow of genetic information from gene to polypeptide proceeds in a stepwise fashion. Located near the gene are DNA control regions that specify the transcription start site *(promoters)*, define the tissue specificity of the gene *(enhancers)*, and control the use of linked genes during ontogeny *(locus control regions)*. The regions of DNA that specify the sequence of a polypeptide chain, or structural genes, are organized into discrete units *(exons)* that are separated by noncoding sequences *(introns)*. The sequence of the DNA is *transcribed* in the nucleus into RNA, a less stable nucleic acid that can be turned over rapidly. The termini of the RNA are modified to partially stabilize the final product, and the intervening introns are spliced out, generating messenger ribonucleic acid *(mRNA)*. The mRNA is transported from the nucleus to the cytoplasm, where it is *translated* by ribosomes into polypeptide strands.

Non-coding DNA can also play a structural role in the function of the cell such as forming regions important for the structural stability of the chromosome (e.g., *matrix-associated regions)* or specialized sequences that define the ends of the chromosome *(telomeres)* and the site of attachment at the time of meiosis and mitosis *(centromeres)*. However, approximately 10% of cellular DNA consists of a repetitive sequence that has been randomly inserted throughout the genome. Although the function of this repetitive DNA is unknown, its presence has proven useful for gene mapping studies.

## RECOMBINATION

Genes linked and transmitted by chromosomes seem to violate Mendel's laws of independent assortment and segregation because effectively there would be only 23 sets of genes. During the process of meiosis, allelic chromosomes are brought into close juxtaposition (Fig. 31–2). Single-strand breaks occur in the chromosomes and allow bridges, or *chiasmata*, to form between homologous portions of the chromosomes. This *crossing-over* of DNA strands allows allelic chromosomes to *recombine,* forming patchwork or *chimeric* chromosomes that contain portions of each of the parental chromosomes. Although recombination can occur anywhere in the chromosome, only a limited number of chiasmata form during each meiosis. Two genes that are on opposite ends of the chromosome may thus behave as if they were on different chromosomes, whereas recombination is less likely between genes

that are very close in their primary sequence to each other. The increased frequency of the joint inheritance of two genes that are closely linked on a chromosome is termed *linkage disequilibrium.*

Distances between genes on a chromosome can be quantified by their physical distance from each other in millions of base pairs *(megabases)* or by their genetic distance, as measured by the frequency of recombination between the two genes per generation. One per cent of genetic recombination is known as a *centimorgan.* On average, 1 centimorgan covers approximately 1 megabase of DNA. However, the relationship between linear and genetic distance is not absolute. The frequency of recombination, and thus the genetic distance between genes in specific regions of the genome, may differ depending on the sequence or the ancillary proteins that cover the DNA. Recombination frequencies in selected regions of the genome differ in male and female gametes, implying that segments of chromosomes can be handled differently by testicular and ovarian cells. This disparity can lead to differences in the function of alleles, depending on whether they have been inherited from the mother or the father, a process termed *imprinting.*

## MUTATION

Broadly defined, a *mutation* is a stable, heritable alteration in the DNA sequence that can be passed from a cell to its progeny. From the standpoint of evolution, mutations are essential to generate sufficient genetic diversity to permit species to adapt to their environment through the mechanism of "natural selection." The normal rate of mutation is approximately $10^{-7}$ base pair changes per generation; thus, on average, individuals pass on 390 base pair changes to their offspring. Alterations of DNA sequence in cells of the body that do not give rise to germ cells are termed *somatic mutations.* Although by definition these alterations are not transmitted to the gametes, the mutations are passed on to the progeny of the



**FIGURE 31–2** ◙ Crossing-over and chiasmata formation. *A,* During meiosis, homologous chromatids are attached to each other at sites of sequence identity. *B,* Single-stranded breaks allow bridges or chiasmata to form. *C,* Crossing-over of the DNA strands allows the allelic chromatids to recombine, generating a chimeric chromatid.

Case 1:16-cv-01111-WO-JEP    Document 45-7    Filed 09/07/17    Page 4 of 5

EGL0033321

mutated cells. Somatic mutations in *oncogenes,* for example, underlie the development of many cancers (see Chapter 191).

Mutations may involve millions of base pairs in the structure of a chromosome, as in duplications, deletions, and translocations of a portion of one chromosome to another (see Chapter 34). Mutations can involve an entire human genome of 3.9 billion base pairs, as in triploidy, in which a third copy of the entire chromosomal complement occurs. At the other extreme, a mutation can be minute and involve a small deletion or insertion or it can be a replacement of only a single base pair *(point mutation).* Point mutations in coding regions may be of three types: (1) a *synonymous* or *silent* mutation (about 23% of random base substitutions in coding regions), in which the base replacement does not lead to a change in the amino acid but only to a different codon for the same amino acid; (2) a *missense* or *replacement* mutation (about 73% of base substitutions in coding regions), in which the base change results in substitution of one amino acid for another; and (3) a *nonsense* mutation (about 4% of base substitutions in coding regions), in which the base change generates one of the termination codons. Deletions or insertions that occur in a coding region can alter the reading frame distal to the mutation *(frameshift* mutations). Frameshift mutations frequently alter the protein sequence and can lead to premature peptide termination by generating a stop codon.

The functional consequences of mutations may vary depending on the location of the mutation. Enzymes, for example, exhibit a hierarchy of resistance to mutation. The catalytic site is exquisitely sensitive, and a single mutation may abrogate function. The hydrophobic core provides structural stability for the molecule, and amino acid changes may result in an unstable protein product that is temperature sensitive, falling apart at high temperature. Finally, portions of the hydrophilic exterior may serve primarily to promote solubility, and changes in amino acid sequence that preserve polarity may have minimal consequences.

Large deletions may interrupt a coding region and cause an absence of one or more closely linked protein products. If the deletion removes a bridge between two coding regions, the result may be a fusion or hybrid protein containing the initial sequence of one protein and the terminal portion of the other. Such deletions may result from unequal crossing over between homologous genes. Finally, alterations of the DNA in the surrounding regions may lead to changes in RNA splicing, transcriptional efficiency, or control of tissue expression.

## THE FAMILY HISTORY

A careful family history is indispensable in the assessment and understanding of hereditary disease. The interviewer should ascertain whether anyone in the family has had a condition similar to that of the patient, and whether this condition or any other "runs in the family." Particularly in the case of rare disorders, one should inquire whether the parents are related and, if this is not known, whether they or their families came from the same geographic, cultural, or ethnic community and whether their forebears may have intermarried.

The rarer the recessive disorder in a specific population, the greater is the likelihood of parental consanguinity. Tay-Sachs disease is relatively rare in non-Jews, in whom the gene frequency is low, but a high proportion of non-Jewish parents of Tay-Sachs children are consanguineous. By contrast, Tay-Sachs disease is relatively common in Jews of eastern European origin (Ashkenazis), in whom the gene frequency is relatively high. In parents of Jewish children with Tay-Sachs disease in the United States, the frequency of consanguinity is only slightly higher than in the general population.

Certain ethnic backgrounds increase the likelihood of certain diagnostic possibilities while decreasing that of others (Table 31–2). Thalassemia (see Chapter 167) is chiefly a disorder of people of the Mediterranean region and of Southeast Asia, familial Mediterranean fever (see Chapters 171 and 297) is a disorder of Armenians and Sephardic Jews, acatalasia is a disease of Japanese and Koreans, and gout (see Chapter 299) is very common among the Maori. By contrast, cystic fibrosis (see Chapter 76) is rare in African blacks, phenylketonuria (see Chapter 209) is uncommon in Jews,

Table 31–2 ▨ EXAMPLES OF MENDELIAN DISORDERS THAT ARE PRESENT IN INCREASED FREQUENCY IN SOME ETHNIC GROUPS

| POPULATION | DISORDER | ESTIMATED PREVALENCE |
| --- | --- | --- |
| African blacks (West Africa) | G6PD deficiency | 1 in 10 (male), 1 in 5 (female) |
| | Sickle cell anemia | 1 in 500 |
| Ashkenazi Jews | 21-Hydroxylase deficiency | 1 in 30 |
| | Factor XI deficiency (hemophilia C) | 1 in 200 |
| | Gaucher's disease | 1 in 600 |
| | Tay-Sachs disease | 1 in 2000 |
| | Familial dysautonomia | 1 in 3600 |
| Chinese (Hong Kong) | G6PD deficiency | 1 in 28 |
| East Asians | Acatalasia | 1 in 250 |
| Eskimos | 21-Hydroxylase deficiency | 1 in 282 |
| French Canadians (Lac St. Jean) | Tyrosinemia | 1 in 685 |
| Hopi | Albinism | 1 in 227 |
| Mediterranean peoples | G6PD deficiency | <1 in 30 |
| Native Americans | Adult lactase deficiency | 1 in 1 |
| Northern Europeans | Cystic fibrosis | 1 in 2000 |
| Puerto Ricans | Albinism | 1 in 2000 |
| Sephardic Jews | Familial Mediterranean fever | 1 in 250 |
| | Glycogen storage disease (type III) | 1 in 5400 |
| Swedes | $\alpha_1$-Antitrypsin deficiency | 1 in 1500 |
| South Africans (whites) | Heterozygous familial hypercholesterolemia | 1 in 85 |
| | Porphyria variegata | 1 in 330 |
| Thais | Hemoglobin E | 1 in 200 |

and sickle cell anemia (see Chapter 169) does not occur in Northern Europeans.

## PEDIGREE ANALYSIS

The chief method to study an inherited disease in humans is to observe its pattern of distribution in families or *kindreds,* that is, its pattern in a *pedigree* (Fig. 31–3). The construction of a pedigree begins with the individual first detected, who is referred to as the *proband* or *index case.* The pedigree pattern allows one to judge whether the distribution conforms to mendelian principles of segregation and assortment and thus represents single-factor inheritance. Patterns that do not conform to mendelian principles may represent



FIGURE 31–3 ▨ Standard pedigree symbols.

Case 1:16-cv-01111-WO-JEP   Document 45-7   Filed 09/07/17   Page 5 of 5

EGL0033322